# Exhibit 1

**Honorable Ricardo S. Martinez**

1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                           WESTERN DISTRICT OF WASHINGTON

10                                        AT SEATTLE

11
LAVERA SKIN CARE NORTH AMERICA,              No. 2:13-cv-02311-RSM
12   INC., a Washington corporation; and VICTOR
TANG, an individual,                         **DECLARATION OF THOMAS HAASE IN**
13                                               **SUPPORT OF DEFENDANT'S MOTION TO**
                    Plaintiffs,                  **DISMISS**
14
                                                 [CERTIFIED ENGLISH TRANSLATION]
15              v.

16   LAVERANA GMBH & CO. KG, a German
limited partnership,
17
                    Defendant.
18

19

20

21

22

23

24

25

26

27

LATHAM & WATKINS LLP
505 MONTGOMERY ST. STE. 2000
SAN FRANCISCO, CA 94111
(415) 391-0600

**DECLARATION OF THOMAS HAASE**

I, Thomas Haase, declare as follows:

1.     The statements made herein are based on my personal knowledge, and if called upon to do so, I could and would testify competently thereto under oath. I have reviewed the complaint in the above-captioned matter (the "Complaint") and am familiar with the allegations contained therein. I make this declaration in support of Defendant Laverana GmbH & Co. KG's ("Laverana") Motion to Dismiss Plaintiffs' Complaint for *Forum Non Conveniens* and Lack of Personal Jurisdiction.

**A.     Background Regarding Laverana**

2.      I am the ultimate sole shareholder of Laverana. I am a German citizen, and I reside in Hanover, Germany. I have lived in Germany in Lower Saxony all my life.

3.     Laverana is a German limited partnership in the business of developing, producing, and selling natural cosmetics. Laverana's headquarters, registered seat, and principal place of business are in Wennigsen, Germany. Without waiving any other applicable defenses, Laverana hereby acknowledges that it is subject to, and expressly consents to, service of process and jurisdiction in Germany in the event there is any obstacle thereto in connection with the claims or transactions alleged in the Complaint.

4.     Laverana does not have operations in Washington or anywhere else in the United States. Laverana has no office, address, phone number, bank accounts, employees, officers, or directors in Washington or the anywhere else in the United States.

5.     Laverana is not registered to do business in Washington or anywhere else in the United States, nor does it hold any license to conduct business in Washington or anywhere in the United States.

6.     Laverana does not have an agent for service of process in Washington or anywhere else in the United States. Laverana has not sued any individual or entity in a Washington court or any other federal or state court in the United States. Laverana has never availed itself of the jurisdiction of any court in Washington or anywhere else in the United

HAASE DECLARATION
NO. 2:13-cv-02311-RSM

1

**LATHAM & WATKINS LLP**
505 MONTGOMERY ST. STE. 2000
SAN FRANCISCO, CA 94111
(415) 391-0600

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 13

1  States. Laverana has never been found by any court to be subject to the jurisdiction of a

2  Washington court or any federal or state court in the United States.

3       7.    As noted above, I am Laverana's ultimate sole shareholder and I do not have any

4  assets, bank accounts, office, address, phone number, or employees in Washington or elsewhere

5  in the United States.

6       8.    Legally, my wife, Claudia Haase is an unlimited liability shareholder of Laverana

7  (*Komplementär*) without holding any financial partnership interest in Laverana. Laverana's other

8  unlimited liability shareholder is the German entity Haase Verwaltungs GmbH. Laverana's

9  limited liability shareholder (*Kommanditist*) is German entity Laboratorium für natürliche

10  Körperpflegemittel Krystyna Chernes-Haase GmbH & Co. KG. I am sole limited liability

11  shareholder of this entity and sole shareholder of Haase Verwaltungs GmbH (which is also the

12  only unlimited liability shareholder of Laboratorium für natürliche Körperpflegemittel Krystyna

13  Chernes-Haase GmbH & Co. KG). All of Laverana's shareholders are German citizens or

14  entities. German citizen Klara Ahlers is the managing director of Haase Verwaltungs GmbH.

15  None of these individuals or entities has any assets, bank accounts, office, address, phone

16  number, employees, officers, or directors in Washington or elsewhere in the United States.

17       9.    Neither I nor Ms. Ahlers has ever been to the State of Washington.

18       10.    Neither I nor Ms. Haase nor Ms. Ahlers has been to the United States since the

19  current Distribution Agreements were signed in 2008. In fact, Ms. Ahlers never has been to the

20  Unites States. I last visited the United States in 2002, and Ms. Haase last visited the United

21  States in 1998 on a vacation.

22       11.    Ms. Haase, Ms. Ahlers, and I are fluent only in German. While we have basic

23  knowledge of English, we would require translators to conduct litigation in English. A true and

24  correct copy of a certified English-language translation of my declaration is attached hereto as

25  Exhibit 1.

26

27

HAASE DECLARATION
NO. 2:13-CV-02311-RSM

2

LATHAM & WATKINS LLP
505 MONTGOMERY ST. STE. 2000
SAN FRANCISCO, CA 94111
(415) 391-0600

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 14

**B.   Distribution Agreements With Lavera Skin Care North America**

12.   To my knowledge, Plaintiff Lavera Skin Care North America ("LSC") was founded by Ulrike Jacob and Andreas Dewor. I first met Ms. Jacob and Mr. Dewor in the second half of 1990 in Germany, according to Ms. Jacob they were married at that time. They approached Laverana regarding a potential distribution deal for Laverana products.

13.   I was informed and believe that Ms. Jacob and Mr. Dewor were German citizens at the time of our meeting, and I have am not aware of any change to that status.

14.   Based on my conversations with Ms. Jacob and Mr. Dewor, I know them both to be fluent in the German language. I was informed and believe that Ms. Jacob travels regularly to Germany. I have met with Ms. Jacob in Germany on numerous occasions, including the last time at a February 2013 exhibition in Nuremberg, Germany.

15.   From the end of 1990, Ms. Jacob and Mr. Dewor sold Laverana products to the United States market from Germany. Later, sometime between 2000 and 2008, Ms. Jacob and/or Mr. Dewor moved their business to the United States.

16.   As far as I remember, Ms. Jacob informed me that she married Plaintiff Victor Tang in 2009, and that Mr. Tang is an officer at LSC.

**C.   Distribution Agreements Between Laverana And LSC**

17.   In 2008, Laverana and LSC entered into the distribution contracts at issue in this action, which allowed LSC to distribute Laverana products in the United States and Canada (collectively, the "Distribution Agreements"). A true and correct copy of the United States distribution agreement is attached hereto as Exhibit 2. A true and correct copy of the Canadian distribution agreement is attached hereto as Exhibit 3.

18.   The Distribution Agreements were negotiated, drafted, and executed in Germany, and the correspondence regarding the agreements was predominately in the German language. No negotiations took place in the Washington or otherwise in the United States nor did Laverana or its legal representatives ever step foot in the United States during the process.

HAASE DECLARATION
NO. 2:13-cv-02311-RSM

3

LATHAM & WATKINS LLP
505 MONTGOMERY ST. STE. 2000
SAN FRANCISCO, CA 94111
(415) 391-0600

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 15

1       19.     The Distribution Agreements were signed, according to its signature line, for LSC

2 in Hamburg, Germany. I signed the Distribution Agreements for Laverana in Wennigsen,

3 Germany, a small village outside of Hanover, Germany.

       20.     The Distribution Agreements granted LSC the right to sell Laverana products

5 (including the marketing thereof) in the United States and Canada, but LSC conducted its own

6 business once it took possession of the products. LSC was solely responsible for insuring and

7 transporting all goods "ex works" from Germany – meaning that Laverana's delivery obligations

8 ended when it placed the goods at the disposal of LSC at Laverana's premises in Germany.

9 Laverana had no control over where and when LSC would decide to sell the products.

       21.     The Distribution Agreement included a forum-selection clause, which states in the

11 Agreement that "the place of jurisdiction shall be Hanover, Germany." This was and is a very

12 important provision to Laverana, and I would not have executed the agreement without a forum-

13 selection clause designating German courts. I am not aware of LSC ever raising any objection to

14 the forum-selection clause during the negotiation of the Distribution Agreements.

       22.     The Distribution Agreements also indicate that except for conflict of laws

16 provisions and in the provisions of the Private International Law, "German Law shall be

17 applicable." The contract was drafted in German and English, but provides that "the German

18 version shall be binding." These provisions also were and are very important to Laverana, and I

19 would not have executed the agreement without them. I am not aware of LSC ever raising any

20 objection to these provisions during the negotiation of the Distribution Agreements.

       23.     Nearly all payments under the Distribution Agreements were made in Euros, and

22 all currency references are to Euros.

       **D.**      **Prior Efforts To Resolve Disputes**

       24.     Prior to termination of the Distribution Agreements, Laverana and LSC engaged

25 in discussions among others regarding LSC's failure to perform under the Distribution

26 Agreements. Correspondence regarding these disagreements was predominantly in German.

HAASE DECLARATION
NO. 2:13-CV-02311-RSM

4

LATHAM & WATKINS LLP
505 MONTGOMERY ST. STE. 2000
SAN FRANCISCO, CA 94111
(415) 391-0600

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 16

25.     LSC was represented by German counsel in the course of these discussions, and for a certain period by Mr. Matthias Stecher of the German law firm Beiten Burkhardt Rechtsanwaltsgesellschaft mbH with registered office in Munich. Otherwise by Ms. Jana-Natascha Garisch, an attorney with the law firm of Alpers & Stenger LLP, subsequently Stenger LLP. I am informed and believe that neither Alpers & Stenger LLP nor Stenger LLP nor Beiten Burkhardt Rechtsanwaltsgesellschaft mbH have any offices in the United States.

26.     Since September 2011, Laverana has been represented by Dr. Björn-Axel Dissars of the law firm of Latham & Watkins LLP, from its Hamburg, German office, in matters related to Laverana's business in Germany and otherwise arising under German law. At the same time, Mr. Dissars began advising Laverana regarding the Distribution Agreements.

27.     As part of the negotiations over the Distribution Agreement, LSC and Laverana participated in mediation and settlement negotiations regarding the events alleged in the Complaint. The mediation proceeding was terminated by LSC by its letter of March 11, 2013. By e-mail, the mediator Dr. Andreas Hacke, a German citizen and German-qualified attorney of the German law firm Zwanzig Hacke Meilke & Partner, informed Laverana that despite several reminders (written and by telephone) and also after contacting in vain LSC's lawyer Ms. Garisch, LSC had not paid the mediator's final invoice in the amount of EUR 6,562.50. In his e-mail the mediator asked Laverana to pay that final invoice because Laverana and LSC were joint and several debtors under the mediation agreement. Laverana effected the respective payment to the mediator.

28.     On March 27, 2013, Laverana provided notice to LSC that it was terminating the Distribution Agreements based on LSC's performance failures. This letter was drafted by Latham & Watkins LLP, Hamburg office, and was executed by me in Germany. A true and correct copy of the letter I sent on behalf of Laverana is attached as Exhibit 4.

29.     Solely as a matter of precaution, and in light of LSC's assertion that termination was improper, Laverana (either itself or on its behalf by Latham & Watkins LLP, Hamburg office) sent additional notices of termination of the Distribution Agreements by letter on April

HAASE DECLARATION
NO. 2:13-CV-02311-RSM

5

LATHAM & WATKINS LLP
505 MONTGOMERY ST. STE. 2000
SAN FRANCISCO, CA 94111
(415) 391-0600

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 17

30, 2013, June 21, 2013, and January 17, 2014 based on the occurrence of further grounds to terminate the Distribution Agreements for good cause (*aus wichtigem Grund*). Each of these correspondences were issued and executed from Germany and in German (only the sentence by which the Distribution Agreements were alternatively terminated was translated into English).

### E.   Location Of Evidence Relevant To Dispute

30.     It would be very burdensome for Laverana to defend itself in litigation in the United States. All relevant Laverana-related witnesses and all documentation maintained by Laverana are located in Germany.

31.     All documentary evidence belonging to Laverana regarding the Distribution Agreements is located in Germany, primarily in the German language. For example, all of Laverana's records regarding the negotiation, execution, performance, and termination of the Distribution Agreements are located in Germany, and nearly all of this documentation is solely in the German language. All of Laverana's records of purchase orders, invoicing, and billing matters related to LSC are located in Germany; although some of these documents are in English or include an English translation, most are in German. All documentation regarding Laverana's decisions to retain or terminate product lines are located in Germany, and most of this documentation is solely in the German language.

32.     Ms. Haase, Ms. Ahlers, and myself reside in Germany, with no significant connection to the United States or Washington.

33.     To my knowledge, also the other probable Laverana witnesses in connection with the lawsuit that are Laverana employees reside in Germany: Laverana's current in-house counsel Klaudia Zach, and Ute Landt, head of marketing since July 1, 2010 and head of export since August 2012. I have no knowledge that also the other probable Laverana witnesses in connection with the lawsuit that are no longer Laverana employees do not reside in Germany anymore: Laverana's former in-house counsel Karen Rinne, Laverana's former head of sales Werner Oehlschläger, Laverana's former employee in the sales department Nadia Ismail. I am not aware of any substantial relations of these persons to the US or Washington

HAASE DECLARATION
NO. 2:13-CV-02311-RSM

6

LATHAM & WATKINS LLP
505 MONTGOMERY ST. STE. 2000
SAN FRANCISCO, CA 94111
(415) 391-0600

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 18

34.     Non-party Ms. Rinne was Laverana's primary day-to-day contact with LSC regarding the Distribution Agreements from 2011 until March 2012. I believe Ms. Rinne's testimony will be very important to the Laverana's defense against LSC's allegations. Ms. Rinne is knowledgeable about the course of conduct, and performance by the parties under the Agreements. To my knowledge, Ms. Rinne is a German citizen who resides in Germany, and I am not aware of any significant contacts between Ms. Rinne and Washington or the United States. I am not aware of any changes as far as Ms. Rinne's citizenship, residence or contacts are concerned Laverana does not have control over Ms. Rinne.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on 4 April, 2014, in Wennigsen, Germany.

[signature]
Thomas Haase

HAASE DECLARATION
NO. 2:13-cv-02311-RSM

7

LATHAM & WATKINS LLP
505 MONTGOMERY ST. STE. 2000
SAN FRANCISCO, CA 94111
(415) 391-0600

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 19



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Artem Furman, hereby certify that the foregoing is, to the best of my knowledge and belief, a true and accurate translation of the Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss from German into English.

Artem Furman

Sworn to before me this

7th day of April 2014

Signature, Notary Public

RYAN ALEXANDER DROST
Notary Public - State of New York
No. 01DR6262048
Qualified in NEW YORK County
My Commission Expires MAY 21, 2016

Stamp, Notary Public

**Exhibit 2**

 

LAVERÉ
NATURKOSMETIK

| Vertriebsvertrag | Distribution Agreement |
|---|---|
| zwischen | Between |
| **laverana GmbH**<br>Am Weingarten 4<br>30974 Wennigsen<br>Deutschland | **laverana GmbH**<br>Am Weingarten 4<br>30974 Wennigsen<br>Germany |
| - im folgenden „das Unternehmen" genannt – | - hereinafter referred to as **"the enterprise"** |
| und | and |
| **Lavera Skin Care North America, Inc.**<br>12015  115th Ave NE Suite 110<br>Kirkland, WA 98034 | **Lavera Skin Care North America, Inc.**<br>12015  115th Ave NE Suite 110<br>Kirkland, WA 98034 |
| USA | USA |
| - im folgenden „der Export Partner" genannt – | - hereinafter referred to as **"the export partner"** |
| Alle bisherigen Vertragsverhältnisse zwischen | All past contractual relations between |
| **laverana GmbH**<br>Am Weingarten 4<br>30974 Wennigsen<br>Deutschland | **laverana GmbH**<br>Am Weingarten 4<br>30974 Wennigsen<br>Deutschland |
| und | und |
| A. Dewor<br>Herchener Str. 10<br>57635 Weyerbusch | A. Dewor<br>Herchener Str. 10<br>57635 Weyerbusch |
| sowie | as well as |
| **laverana GmbH**<br>Am Weingarten 4<br>30974 Wennigsen<br>Deutschland | **laverana GmbH**<br>Am Weingarten 4<br>30974 Wennigsen<br>Deutschland |
| und | and |
| Ars Vivendi<br>Organic Lifestyle<br>Andreas Dewor | Ars Vivendi<br>Organic Lifestyle<br>Andreas Dewor |

Distribution Agreement U.S.A.

LAVERÉ
NATURKOSMETIK

*lavera*
NATURKOSMETIK

verlieren hiermit ihre Gültigkeit. Diese Vereinbarung wird nur und erst wirksam mit der letzten rechtsverbindlichen Unterschrift aller vorgenannten Parteien (laverana GmbH; Lavera Skin Care North America, Inc.; A. Dewor, Weyerbusch; Ars Vivendi Organic Lifestyle). Falls nur eine der Unterschriften auf den hierfür am Ende der Vereinbarung vorgesehenen Zeilen fehlt, wird diese Vereinbarung nicht gültig.

lose hereby their validity. This Agreement will only become valid by the last legally binding signature of all aforementioned parties (laverana GmbH; Lavera Skin Care North America, Inc.; A. Dewor, Weyerbusch; Ars Vivendi Organic Lifestyle). If even only one of the signatures is missing on the lines provided for this purpose at the end of this Agreement, the Agreement will not become valid.

## Präambel

## Preamble

Das Unternehmen ist Hersteller echter Naturkosmetik (zurzeit BDIH: Zertifizierung fast aller Produkte).

The enterprise is manufacturer of genuine natural cosmetics (at present BDIH: certification of almost all products).

Das Unternehmen ist stets darum bemüht, die Konsequenz bei Herstellung echter Naturkosmetik mit einem dynamischen und lebendigen Marketing zu verbinden. In der Zusammenarbeit am Markt soll die Partnerschaft in den Vordergrund rücken, wobei im Vertrieb langjährige Fachhandelskontakte anzustreben sind.

The enterprise constantly endeavors to combine the consistency in producing genuine natural cosmetics with a dynamic and vivid marketing. In the cooperation on the market, the partnership is to be emphasized while, in marketing, long-standing specialized trade contacts are to be strived for.

Der Export Partner soll auf allen Handelsstufen die Besonderheiten der lavera Produkte bei einem professionellen Marktauftritt wiedergeben. In diesem Sinne unterstützt das Unternehmen den Export Partner nach Möglichkeit, um im gegenseitigen Einvernehmen die Marktpräsenz stetig auszubauen. Die Parteien sind sich darüber einig, dass die Produkte des Unternehmens einer besonderen Beratung bedürfen und in einem entsprechenden Umfeld vertrieben werden müssen. Die Parteien wissen des Weiteren, dass Bio-Kosmetik und artverwandte Produkte mit Eigenmarkencharakter regelmäßig eine andere Vertriebsstruktur benötigen als Produkte die nicht Naturkosmetik sind bzw. unter einem private-label angeboten werden. Außerdem unterliegen diese Produkte speziellen Regeln bei der Auslobung und Bewerbung, die die Parteien berücksichtigen müssen.

The export partner shall demonstrate the special features of the lavera products at all commercial stages in a professional market appearance. With this in mind, the enterprise assists the export partner as far as possible so as to continuously expand the market presence by mutual consent. The parties agree that the products of the enterprise require special advice and have to be distributed in an appropriate environment. The parties moreover know that bio-cosmetics (organic cosmetics) and related products with a house brand character regularly require another sales structure than products which are no natural cosmetics or are offered under a private label. Besides, these products are subject to special rules when being praised and advertised; these rules have to be considered by the parties.

Des Weiteren ist den Parteien bewusst, dass die jeweiligen Produkte aus dem Haus des Unternehmens unterschiedliche Käuferkreise ansprechen. Der Export Partner wird deswegen die verschiedenen Produkte auch entsprechend präsentieren und vermarkten.

Furthermore, the parties know that the respective products originating from the enterprise are addressed to different circles of purchasers. Therefore, the export partner will appropriately present and market the different products.

Außerdem ist den Parteien bekannt, dass

It is furthermore known to the parties that the

Distribution Agreement U.S.A.



Abnehmer der Produkte gewöhnlich das gesamte Spektrum des lavera Warensortiments von Unternehmen erwarten. Der Export Partner wird deswegen das gesamte lavera Sortiment von Unternehmen vorrätig halten und vermarkten.

purchasers of the products usually expect the whole lavera product range of the enterprise. For this reason, the export partner will have the entire lavera product range of the enterprise on stock and will market it.

## § 1 Zweck der Vereinbarung- Vertriebsgebiet

a) Der Export Partner hat besondere Beratungskompetenz in seinem Land und wird deswegen die Produkte des Unternehmens auf dem Markt - im weiteren „Gebiet" - vertreiben.

b) Der Export Partner kann Kunden außerhalb des Gebietes nur dann mit Waren des lavera Produktsortiments beliefern, wenn für andere Zielländer das Unternehmen schriftlich einwilligt. Ansonsten wird der Export Partner die in § 3 Nr. c des Vertrages genannten Regeln auch für Zielländer außerhalb des Gebietes befolgen.

c) Diese Regelung gilt auch für Abnehmer des Katalog- und /oder Internet-Versandhandels, weil auch hierfür besondere qualitative Kriterien des Herstellers zu beachten sind.

d) Der Export Partner wird die von den Markenrechten und entsprechenden Lizenzrechten nach § 9 dieser Vereinbarung umfassten Produkte des Unternehmens innerhalb der allein für den u.s.amerikanischen Markt gegenüber dem Export Partner erteilten Lizenz- und Nutzungsrechte auf eigene Rechnung, unter eigenem Namen und auf eigenes Risiko zunächst auf dem u.s.amerikanischen Markt vertreiben, sofern gesetzlich möglich.

e) Das Unternehmen wird Dritte nur dann in vergleichbarer Weise und nur unter den gleichen vertraglichen Rahmenbedingungen und Anforderungen, wie sie – bis auf diese Regelung in § 1 e) und f) – auch gegenüber dem Export Partner gelten, beliefern, wenn dies aus zwingenden (kartell-)rechtlichen Gründen unvermeidlich ist, sofern diese Dritten in

## § 1 Purpose of the Agreement – Sales Area

a) The export partner has a particular consultation competence in his country and will therefore sell the products of the enterprise on the market – hereinafter referred to as "area".

b) The export partner may only supply customers with products of the lavera range outside the area, if the enterprise agrees in writing to other countries of destination. Otherwise, the export partner will observe the rules stated in § 3 No. c of the Agreement for countries of destination outside the area, too.

c) This regulation shall also be valid for purchasers buying through the catalogue and/or internet mail-order business, because the manufacturer's special criteria have to be observed for this, as well.

d) The export partner shall sell products of the enterprise, as covered by the trademark rights and the respective license rights according to Section § 9 of this Agreement, within the scope of the license and usage rights which are granted for the U.S. market only, for his own account, in his own name, and at his own risk on the U.S. market, for the time being, if legally possible.

e) The enterprise will only supply third parties in a comparable way and under the same contractual general conditions and requirements as they are – apart from this regulation in § 1 e) and f) – also valid vis-à-vis the export partner, if this is unavoidable for compelling reasons based on the antitrust law, provided these third parties likewise offer the same actual and legal

Distribution Agreement U.S.A.

LAVERÉ
NATURKOSMETIK

lavera
NATURKOSMETIK

gleicher Weise die tatsächlichen und rechtlichen Voraussetzungen wie der Export Partner – insbesondere nach, jedoch nicht beschränkt auf §,3 b) und c) - bieten. So müssen Dritte etwa ebenfalls eine besondere Beratungskompetenz im Land und im Gebiet aufweisen und die umfassende Beratung und damit Verbraucherschutz zu gewährleisten.

f) Das Unternehmen wird von sich aus bis zum Jahr 2015 keine weiteren vergleichbaren Vertriebs- und Importpartner im Gebiet suchen und akquirieren, sofern die folgenden Umsatzvoraussetzungen eingehalten sind:

- 2009    sofern im Jahre 2008 ein Umsatz von mindestens 600.000,00 € erreicht wurde.

- 2010    sofern im Jahre 2009 ein Umsatz von mindestens 750.000,00 € erreicht wurde.

- 2011    sofern im Jahre 2010 ein Umsatz von mindestens 1.000.000,00 € erreicht wurde.

- 2012    sofern im Jahre 2011 ein Umsatz von mindestens 1.300.000,00 € erreicht wurde.

- 2013    sofern im Jahre 2012 ein Umsatz von mindestens 1.700.000,00 € erreicht wurde.

- 2014    sofern im Jahre 2013 ein Umsatz von mindestens 2.100.000,00 € erreicht wurde.

- 2015    sofern im Jahre 2014 ein Umsatz von mindestens 2.500.000,00 € erreicht wurde.

- in darauf folgenden Jahren, sofern mindestens diese Umsatzvorgabe für 2014 auch für das jeweils vorangehende Jahr eingehalten wurde.

Der Export Partner ist für die Nichteinhaltung seiner Umsatzverpflichtungen nicht haftbar, wenn

prerequisites as the export partner ,— particularly according to, yet not restricted to § 3 b) and c). That is, third parties also have to show a special advisory competence in the country and in the area, and have to sell the products of the enterprise exclusively since the comprehensive advice and, thus, consumer protection can only be guaranteed with these sales channels.

f) The enterprise itself will not look for and recruit any further comparable sales and import partners in the area up to the year 2015, provided the following turnover prerequisites are met:

- 2009    provided in the year 2008 a minimum turnover of at least € 600.000,00 has been reached.

- 2010    provided in the year 2009 a minimum turnover of at least € 750.000,00 has been reached.

- 2011    provided in the year 2010 a minimum turnover of at least € 1.000.000,00 has been reached.

- 2012    provided in the year 2011 a minimum turnover of at least € 1.300.000,00 has been reached.

- 2013    provided in the year 2012 a minimum turnover of at least € 1.700.000,00 has been reached.

- 2014    provided in the year 2013 a minimum turnover of at least € 2.100.000,00 has been reached.

- 2015    provided in the year 2014 a minimum turnover of at least € 2.500.000,00 has been reached.

- in the following years, as long as this minimum turnover requirement of 2014 is also met for the respective preceding year.

The export partner shall not be liable for any failure to perform its turnover obligations where such failure is as a result of Acts of Nature

Distribution Agreement U.S.A.

LAVERÉ NATURKOSMETIK          lavera NATURKOSMETIK

diese von ihm nicht zu vertreten ist, sondern auf höherer Gewalt z.B. Naturgewalt (Feuer, Überschwemmungen, Erdbeben, Sturm), Krieg, Invasion, Kampfhandlungen, Regierungssanktionen, Blockaden, Embargos, Arbeitskampfmaßnahmen, Streik oder anhaltende Lieferunfähigkeit des Unternehmens beruht. Das Unternehmen wird unter solchen Umständen nicht das Recht haben, diese Vereinbarung zu kündigen oder zu beenden. Gibt der Export Partner höhere Gewalt als Entschuldigung an, ist er beweispflichtig dafür, dass (unter diesen Umständen) angemessene Schritte unternommen wurden, um Verspätungen oder Schäden, die durch vorhersehbare Ereignisse entstehen, zu minimieren und das alle unentschuldigten Verpflichtungen im Wesentlichen erfüllt wurden und dass das Unternehmen zeitnah über die Möglichkeit oder das tatsächliche Geschehen, das eine solche Geltendmachung informiert wurde, so dass andere angemessene Vorkehrungen in Erwägung gezogen werden könnten.

(including fire, flood, earthquake, storm, or other natural disaster), war, invasion, hostilities, government sanction, blockage, embargo, labour dispute, strike or ongoing failure to deliver by the enterprise.
The enterprise will not have a right to terminate this Agreement in such circumstances.
Is the export partner asserting Force Majeure as an excuse he shall have the burden of proving that reasonable steps were taken (under the circumstances) to minimize delay or damages caused by forseeable events, that all non-excused obligations were substantially fulfilled, and that the enterprise was timely notified of the likelihood or actual occurrence which would justify such an assertion, so that other prudent precautions could be contemplated.

g) Ist die Beschränkung der Belieferung auf einzelne Länder z. B. innerhalb eines geschlossenen Wirtschaftsraumes ungültig, dann ist eine Belieferung eines auszuschließenden Empfängerlandes selbst nur dann möglich, wenn § 3 b),c) und d) eingehalten werden.

g) If the restriction of the delivery to individual countries, e.g. within a closed trading area, is invalid, then delivery to a receiving country to be excluded is only possible, if § 3 b), c) and d) are adhered to.

h) Die Verpflichtungen des Unternehmen aus den vorgenannten Ziffern und ein etwaiger Belieferungsanspruch erlöschen sofort dann, wenn fällige Forderungen 30 Tage oder länger, auch teilweise, unbeglichen bleiben.

h) The obligations of the enterprise arising from the aforementioned numerals and any claim for delivery expire immediately when outstanding debts remain unsettled, even partly, for 30 days or more.

§ 2 Listung und Darstellung von den Produkten beim Export Partner

§ 2 Listing and presentation of the products at the export partner's

a) Das Unternehmen kann verlangen, dass der Export Partner das gesamte lavera Produktprogramm des Unternehmens inkl. aller Proben, Tester, Plakate, Werbemittel, Informationsbroschüren, des ganzen Dekorationsmaterials, etc. in der jeweils gültigen Preisliste vollständig führt. Soweit spezielle Angebote bzw. Aktionen von Unternehmen angeboten werden, wird sich der Export Partner nach Absprache mit

a) The enterprise can require that the export partner undertakes completely to offer the whole lavera product range of the enterprise, including all samples, testers, posters, advertising material, information brochures, the whole decoration material, etc., in the respectively valid price list. In so far as special offers or promotions are specified by the enterprise, the export partner will take part therein after consulting

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 26

Distribution Agreement U.S.A.

**LAVERÉ**
NATURKOSMETIK

**lavera**
NATURKOSMETIK

dem Unternehmen daran beteiligen. Von einer Teilnahme des Export Partners an solchen Angeboten und Aktionen kann insbesondere dann abgesehen werden, wenn zwingende Gründe dagegen sprechen, wie z.B. der Verstoß der Produkte gegen gesetzliche Vorschriften im Vertragsgebiet, die besonderen Marktgegebenheiten im Vertragsgebiet oder mangelnde Aktualität durch weite Transportwege.

with the enterprise. The parties can forego the participation of the export partner in special offers or promotions especially in case of compelling reasons, for example if the products do not comply either with the legal regulations of the area or with the individual market conditions in the area or if the activity cannot be done not up- to date due to long transportation periods

b) Das Unternehmen kann verlangen, dass der Export Partner ggf. zukünftig weitere Marken des Unternehmens listet.

b) The enterprise may request that the export partner list any future further trademarks of the enterprise.

c) Grundsätzlich werden alle Produkte unter den Markennamen lavera darstellungstechnisch von anderen Marken des Unternehmens getrennt. Ausgenommen sind hiervon bis zum 31.03.2009 die Webseite und der Jahreskatalog des Export Partners.

c) Basically, all products under the brand name lavera are presented separately from other brand names of the enterprise. Exempted hereof are the website and the annual catalogue of the export partner until the 31st of March 2009.

d) Der Export Partner hat derzeit keine anderen Kosmetikmarken in seinem Angebot. Um sein Angebot, insbesondere durch Aufnahme der im Anhang A zu dieser Vereinbarung erwähnten Marken, zu verbreitern, bedarf es der vorherigen schriftlichen Zustimmung durch das Unternehmen.

d) The export partner has, at present, no other cosmetic brands in his range of products. In order to enlarge the range of products especially by the cosmetics manufacturers mentioned in Annex A to this Agreement the export partner requires the prior written consent of the enterprise

e) Im Fall von Veränderungen umsatzstarker Produkte des Export Partners oder der Neueinführung von Produktlinien wird das Unternehmen den Export Partner 6 Monate vor Umsetzung der Änderungen bzw. Einführung der Neuprodukte informieren und ihm die Möglichkeit zu Bevorratung mit Altprodukten geben.

e) In case top selling products of the export partner are being changed by the enterprise or in case of a new product is launched by the enterprise range the enterprise will inform the export partner 6 months prior to the change of the product or the product launch in order to give the export partner the possibility to build up stock with the former product.

## § 3 Konditionen

## § 3 Conditions

a) Das Unternehmen gewährt dem Export Partner auf alle Einkaufspreise (Bezugspunkt ist die jeweils aktuelle lavera Preisliste) einen Rabatt von

a) The enterprise shall grant the export partner on all purchase prices (reference is the respective current lavera price list)

**pauschal 20 %,**

**a lump-sum discount of 20 %**

mit denen die klassischen Großhandelsarbeiten wie z. B. die Logistik

covering the classic wholesale activities, such as e.g. logistics in the export partner's

Distribution Agreement U.S.A.

LAVERÉ
NATURKOSMETIK

*lavera*
NATURKOSMETIK

im Lande des Export Partners abgedeckt sind. Hierin enthalten sind 3 % Rabatt für den Bezug der Produkte ab Werk (ex works).

country. Already included is a 3 % discount for purchase of the products ex works.

b) Der Export Partner ist verpflichtet für einen gedeihlichen Vertrieb der Marke lavera in seinem Auslandsmarkt Marketingaktivitäten auf seine Kosten durchzuführen. Die vom Unternehmen definierten Mindeststandards zur Corporate Identity bzw. zum Corporate Design werden gemeinsam vom Unternehmen und dem Export Partner geprüft und nach Maßgabe des Unternehmens gegebenenfalls an die Marktanforderungen des Vertragsgebietes angepasst.

b) In the interest of a successful distribution of the brand name lavera on his foreign market, the export partner is obliged to carry out marketing activities at his expense. The minimum standards concerning corporate identity and corporate design defined by the enterprise will be checked by the enterprise and the export partner and possibly changed according to the provisions of the enterprise in order to fit the market conditions of the area.

c) Der Export Partner hat darauf zu achten, dass die entsprechenden Marketingmaßnahmen in der Landessprache des Gebietes bzw. des zu beliefernden Landes durchgeführt werden. Der Export Partner wird in einem solchen Fall umfangreiches Informationsmaterial in ausreichender Auflage in der bzw. den entsprechenden Sprache(n) erstellen, für eine Auslobung der Produkte nach nationalen Regeln des zu beliefernden Landes Sorge tragen und haften und sämtliche nationale Gesetze und Vorschriften in seinem Gebiet bzw. den zu beliefernden Ländern unbeschränkt beachten. In diesen Fällen ist die Haftung vom Unternehmen auf grobe Fahrlässigkeit und Vorsatz beschränkt. Die Werbeunterlagen, Marketingmaterialien (u.a. Displays) sind vor Verbreitung dem Unternehmen zur Abnahme vorzulegen und dürfen nur nach schriftlicher Abnahme des Unternehmens verwendet werden.
Das Unternehmen verpflichtet sich, dem Export Partner spätestens 7 Tage nach Erhalt der Materialien Änderungswünsche mitzuteilen, ansonsten gilt das Material als genehmigt. Alle vom Export Partner bis zum 31.06.2008 erstellten Materialien gelten als vom Unternehmen genehmigt.

c) The export partner shall take care that the respective marketing measures are taken in the national language of the territory or the country to be supplied. In such a case, the export partner will prepare comprehensive information material with a sufficient circulation in the respective language(s), shall take care of and be liable for offering and praising the products according to the national rules of the country to be supplied and to observe all national laws and regulations without restriction in his territory and/or the countries to be supplied. In these cases, the liability of the enterprise is restricted to gross negligence and intent. Prior to distribution, the advertising and marketing materials (also displays) shall be submitted to the enterprise for approval, and may be used upon written approval of the enterprise only.
The enterprise undertakes to inform the export partner about all requests for changes to be made at latest 7 days after receival of material. Otherwise the material is approved by the enterprise. All material designed by the export partner until the 31st of June 2008 is considered as approved by the enterprise.

d) Die Marketingaktivitäten werden nach Abnahme vom Unternehmen ggf. unterstützt. Dafür erhält der Export Partner vom Unternehmen zusätzliche Rabattprozentpunkte, die in Anlage B zu diesem Vertrag aufgeführt sind.

d) Upon approval, the marketing activities will be supported by the enterprise where appropriate. For this, the export partner shall receive additional discount percentage points, listed in Annex B to this contract, from the enterprise.

LAVERÉ    *lavera*
NATURKOSMETIK           NATUR KOSMETIK

(I)  Die zusätzliche Rabattpunktesumme aus Punkt 1 bis 10 der Anlage B wird auf 10% begrenzt.

(I)  The additional sum of discount points from lit. 1 to 10 of annex B shall be restricted to 10 %.

(II)  Aus der einmal gewährten Rabattsumme ergibt sich für die zusätzlichen Rabattpunkte nicht automatisch ein Anspruch für die Zukunft. Vielmehr errechnet sich ein etwaiger zusätzlicher Rabatt jedes Jahr neu.

(II)  The sum of discounts once granted does not automatically result in a future claim for the additional discount points. Rather, a possible additional discount will be newly calculated each year.

(III)  Für die jeweiligen Rabattgewährungen verfasst der Export Partner jedes Jahr bis Dezember einen Marketingplan für die Marke lavera in deutsch oder englisch für das folgende Jahr, aus dem das Unternehmen die Marketingaktivitäten zur Errechnung der zusätzlichen Rabattpunktesumme entnehmen kann und womit die zusätzliche Rabattauswahl zum Inhalt einer Vereinbarung wird, deren Gültigkeit auf ein Jahr beschränkt bleibt.

(III)  Concerning the respective discounts granted, each year the export partner shall work out a marketing plan for the lavera brand in German or English by December for the following year, from which the enterprise is able to gather the marketing activities for the calculation of the sum of the additional discount points, and whereby the additional choice of discounts will be rendered the subject-matter of an agreement whose validity remains restricted to one year.

(IV)  Bleibt die Übersendung eines solchen Marketingplans bis Ende Dezember aus oder wird der vom Unternehmen abgenommene Marketingplan nicht befolgt, so fehlt eine Vereinbarung bzw. wird diese rückwirkend ungültig, womit das Unternehmen berechtigt wird während des Kalenderjahres oder auch rückwirkend zum Zeitpunkt der Nichtbefolgung der Vereinbarung die zusätzlichen Rabattpunkte nach Punkt 1 bis 10 der Anlage B dieses Vertrages zu streichen bzw. entsprechend zu senken

(IV)  If such a marketing plan is not transmitted by the end of December or if the marketing plan approved by the enterprise is not complied with, there is no agreement, or it becomes invalid retroactively, entitling the enterprise to cancel or adequately reduce the additional discount points in accordance with lit 1 to 10 of annex B to this contract during the calendar year or else retroactively as of the point in time of non-compliance with the Agreement.

e)  Weiterhin erhält der Export Partner für seine Leistungen um die erreichten Umsatzzuwächse mit der Marke lavera auf seinem Markt eine Rückvergütung von 10% auf den Mehrumsatz gegenüber dem Kalenderjahr der Vergangenheit, das bis zum Abrechnungszeitpunkt den bis dahin höchsten Umsatz generiert hatte. Die Rückvergütung ist bis zum 28. Februar des Folgejahres fällig.

e)  Furthermore, for his activities leading to the increases in turnover achieved on his market with the lavera brand, the export partner shall be granted a reimbursement of 10 % on the turnover increase achieved vis-à-vis that calendar year of the past which had generated the maximum turnover so far by the accounting date. The reimbursement shall be due by February 28 of the following year.

f)  Für jede volle € 1.000,- Umsatz mit der Marke lavera hat der Export Partner den

f)  For each turnover of a full € 1,000.00 with the lavera brand the export partner shall be

Distribution Agreement U.S.A.



LAVÉRÉ
NATURKOSMETIK

*lavera*
NATURKOSMETIK

Anspruch auf den Gegenwert von € 25,- an von den vom Unternehmen zur Verfügung gestellten lavera Verkaufsförderinstrumentarien gemäß der jeweils aktuellen Marketing-Verkaufsförderungs-Preisliste (z. B. Sachet-Proben).

Tester sind in dieser Regelung enthalten. Sie können am Ende des Jahres dem Export Partner vom Unternehmen in Rechnung gestellt werden, sollte die Summe der kostenlosen Verkaufsförderungsmaterialien überstiegen werden. Im Falle, dass das Probenkontingent des Export Partners nicht ausgeschöpft worden ist, hat er noch bis Ende Februar des neuen Jahres die Möglichkeit, die ausstehende Menge an Proben kostenfrei aus dem Lager des Unternehmens abzurufen. Der Anspruch verfällt jeweils zum März des neuen Jahres. Sollte der Wert für das zunächst kostenlos erhaltene Verkaufsfördermaterial das umsatzbezogene Kontingent überstiegen haben, wird der Export Partner nachträglich gemäß der Preisliste belastet.

g) Die Auftragserteilung erfolgt schriftlich per E-mail oder Telefax an das Unternehmen.

h) Das Unternehmen ist bemüht, alle bestellten Produkte des Regulärprogramms innerhalb von 15 Werktagen nach Bestelleingang ab Werk auszuliefern. Bei Bestellgrößen von mehr als 500 Stück kann das Unternehmen eine längere Dispositionszeit benötigen. Diese ist bei entsprechenden Bestellgrößen mit dem Export Partner abzustimmen.

i) Die Bezahlung aller Aufträge erfolgt in Euro kosten- und spesenfrei sowohl für das reguläre Warenprogramm als auch für ggf. getätigte Sonderproduktionen.

- Im Falle der Vorkasse wird dem Export Partner vom Unternehmen 3% Skonto gewährt.

- im Falle der Zahlung innerhalb von 14 Tagen nach dem Rechnungsdatum wird ein Skonto von 2 % auf den

entitled to the equivalent of € 25.00 of the lavera sales promotion instruments made available by the enterprise in accordance with the respective current marketing sales promotion price list (e.g. sachet samples).

Testers are included in this regulation. The enterprise is free to bill the export partner for the testers if the sum for marketing sales promotion material is exceeded. If the export partner's quota of samples has not been used up, he shall have the opportunity until the end of February of the new year to call in the outstanding amount of samples from the enterprise's warehouse without any cost arising. The respective claim lapses as of March of the new year. Should the value of the sales promotion material initially received free of charge have exceeded the turnover-based quota, the export partner will be charged afterwards according to the price list.

g) Orders shall be placed with the enterprise in writing either by e-mail or fax.

h) The enterprise shall endeavor to deliver all products ordered from the regular range within 15 working days from receipt of the order ex works. In the case of order sizes of more than 500 items, the enterprise may require a longer time of disposition. In the case of such order sizes, this has to be agreed upon with the export partner.

i) All orders shall be paid free of charges and expenses in Euros, both for the regular range of goods as well as for any special productions that might have been made.

- in case of payment before despatch of goods by advance payment the enterprise grants a 3 % discount for advance payment to the export partner.

- in case of payment up to 14 days after invoice date 2 % discount are granted on

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 30

Distribution Agreement U.S.A.

LAVERE NATURKOSMETIK 

Rechnungsbetrag gewährt, sofern nicht mehr als € 72.000,00 unbezahlte Rechnungsforderungen gegenüber dem Export Partner bestehen.

- im Falle der Zahlung innerhalb von 30 Tagen nach dem Rechnungsdatum ist der Rechnungsbetrag netto fällig, sofern nicht mehr als € 72.000,00 unbezahlte Rechnungsforderungen gegenüber dem Export Partner bestehen.

j) Den Transport versichert und übernimmt der Export Partner (ab Werk).

**§ 4 Dauer der Vereinbarung – Kündigung**

a) Diese Vereinbarung zunächst befristet bis zum 31. Dezember 2015. Die Vereinbarung verlängert sich anschließend automatisch um jeweils ein Jahr, es sei denn eine der Parteien teilt der anderen mit einer Frist von 3 Monaten schriftlich per Telefax oder per Einschreiben ihre Absicht mit, die Vereinbarung nicht zu erneuern bzw. zu kündigen.

b) Das Recht auf außerordentliche Kündigung ist nicht ausgeschlossen. Als außerordentlicher Kündigungsgrund gilt unter anderem

- die Insolvenz einer der Parteien,

- die Umsatzvorgaben des jeweiligen Jahres in § 1 f. um wenigstens 20 % verfehlt werden.

- eine permanente Hauptpflichtverletzung, die durch eine der Parteien schriftlich abgemahnt wurde und nicht innerhalb von 30 Tagen nach Versenden der Abmahnung abgestellt wurde,

- Änderung in der Eigentümer- und/oder Gesellschaftsstruktur einer der Parteien, die ein Weiterführen des Vertrages unzumutbar erscheinen lässt,

- gesetzliche Gründe, die zu einer außerordentlichen Kündigung führen.

the invoiced amount, unless a maximum of unbalanced debts of the export partner of € 72,000.00 exists.

- in case of payment up to 30 days after invoice date the net invoiced amount has to be paid, unless a maximum of unbalanced debts of the export partner of € 72,000.00 exists.

j) The export partner shall insure and pay for the transportation (ex works).

**§ 4 Term of Agreement – Termination**

a) This Agreement is initially valid until 31 December 2015. The validity of the Agreement will be automatically extended for another year unless one of the parties notifies the other with 6 months' notice in written form either via facsimile or in the written form via registered mail its intent not to renew or to terminate the Agreement.

b) The right to an extraordinary cancellation shall not be excluded. The following, among others, shall be an extraordinary termination reason

- insolvency of one of the parties,

- the minimum turnover requirements as per § 1 f. are missed by at least 20 % for the respective year.

- a permanent violation of a principal obligation, against which one of the parties has issued a written warning and which has not been stopped within 30 days from the dispatch of such a warning notice,

- a change in the owner and/or company structure of one of the parties, rendering a continuation of the Agreement unacceptable,

- legal reasons leading to an extraordinary cancellation.

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 31

Distribution Agreement U.S.A.

LAVERĒ
NATURKOSMETIK

*lavera*
NATURKOSMETIK

- ausstehende Rechnungsbeträge des Unternehmens ganz oder teilweise für mehr als 30 Tage nicht beglichen werden

c) Die Kündigung bzw. Nichtverlängerungsmitteilung ist schriftlich auf Englisch mittels Telefax oder eingeschriebenen Briefes an die Adresse gemäß § 12 des Vertrages zu erklären. Für den Zugang der Kündigung gilt der fünfte Tag nach Absendung des Kündigungsschreibens.

d) Im Falle der Vertragskündigung oder Vertragsnichtverlängerung darf der Export Partner auf seinem Lager befindliche Produkte 6 Monate nach der Vertragskündigung abverkaufen. Der Export Partner muss garantieren, dass die betroffenen Produkte eine Mindesthaltbarkeitsdauer von 12 Monaten haben, in einem gutverkäuflichen Zustand sind und dass die CI Richtlinien insbesondere bei der Preispolitik weiterhin eingehalten werden.

## § 5 Zertifizierung

a) Der Export Partner ist verpflichtet, dem Unternehmen alle länderspezifischen rechtlichen Vorgaben zur Produktzertifizierung zukommen zu lassen. Der Export Partner haftet Dritten und dem Unternehmen für die Einhaltung aller nationalen und internationalen Vorschriften bezüglich der Auslobung und Bewerbung und wird dem Unternehmen über diese laufend informieren.

b) Das Unternehmen haftet nicht für Schäden die dem Export Partner durch mangelhafte Deklarationen oder Nichteinhalten von Zertifizierungsvorgaben entstehen.

c) Das Unternehmen bemüht sich, den Export Partner bei den notwendigen Zertifizierungen und Zulassungen der Produkte im Vertragsgebiet zu unterstützen.

## § 6 Verpackungsentsorgung

a) Der Export Partner kommt für die

- outstanding invoices, either entirely or partially, are not paid within 30 days.

c) The termination or notice of discontinuance has to be declared in writing either in English by facsimile or registered mail, to the address as per § 12 of the Agreement. The notice shall be deemed to be served on the fifth day from dispatch of the letter of cancellation.

d) In the case of termination or discontinuation of the Agreement the export partner shall be allowed to sell the products he has in stock for 6 months after termination of the Agreement. However, the export partner has to guarantee that the products in question have a minimum durability of 12 months, are in good condition for sale, and that the CI directives continue to be complied with, especially concerning the pricing policy.

## § 5 Certification

a) The export partner is obliged to supply the enterprise with all country-specific legal stipulations for product certification. The export partner is liable to third parties and to the enterprise for compliance with all national and international provisions concerning promotion and advertisement, and will keep the enterprise informed of the same.

b) The enterprise shall not be liable to the export partner for damage incurred by the export partner due to faulty declarations or non-compliance with the requirements for certification.

c) The enterprise endeavours to support the export partner concerning the necessary product certifications and accreditations in the area.

## § 6 Disposal of packing material

a) The export partner shall take over the cost

Distribution Agreement U.S.A.

LAVERÉ
NATURKOSMETIK

*lavera*
NATURKOSMETIK

Entsorgung des gesamten Verpackungsmaterials auf bzw. verpflichtet sich hierzu allen rechtlichen Verpflichtungen seines Landes nachzukommen. Für etwaige Verstöße haftet er uneingeschränkt bzw. ist er verpflichtet den Bezug der Produkte vom Unternehmen mit den entsorgungsrechtlichen Gegebenheiten seines Landes auf Konformität zu prüfen.

b) Sofern „Der Grüne Punkt" (Symbol des „Der Grüne Punkt" - Systems für Verpackungen, Verpackungssammlung und – verwertung) als eingetragene Marke in diesem Land verwendet wird und die Produkte diesen tragen, wird der Export Partner auf seine Kosten das mit dem „Der Grüne Punkt" verbundene Unternehmen mit der Abfallentsorgung beauftragen bzw. dafür Sorge tragen, dass die Verwendung für das In-Verkehr-Bringen der Produkte dadurch nicht behindert wird. Der Export Partner stellt Unternehmen von Rückgriffsrechten Dritter frei.

§ 7 Stillschweigen

a) Beide Parteien verpflichten sich, während der Vertragsdauer und auch nach Vertragsende gegenüber Dritten, besonders aber gegenüber gegenwärtigen und zukünftigen Mitbewerbern Stillschweigen zu bewahren über alle vertraulichen unternehmensinternen Belange, insbesondere zu Produkt-, Marketing- oder Unternehmensentwicklungsdaten, sowie über die Art und den Inhalt der zwischen dem Export Partner und dem Unternehmen getroffenen Vereinbarungen, insbesondere dieses Vertrages.

b) Im Falle von Zuwiderhandlungen entsteht ein Schadenersatzanspruch unabhängig eines nachgewiesenen Schadens (nach deutschem Recht) in Höhe von je € 20.000,- gegenüber der anderen Partei. Weitergehende Schadenersatzansprüche bleiben hiervon unberührt.

§ 8 Domains

a) Das Unternehmen erlaubt dem Export Partner Informationen im Internet zu veröffentlichen innerhalb der oben

of the disposal of the entire packing material and shall undertake to meet all legal obligations of his country in this respect. He shall be unrestrictedly liable for any violations and he shall be obliged to check the purchase of the products from the enterprise for conformity with the provisions of his country in terms of the law on waste disposal.

b) If the "Green Dot" (symbol for the green dot system of packaging and packaging waste recovery and recycling schemes) is used as a registered trademark in that country and the products are provided with the same, the export partner shall charge the company that has joined the "Green Dot" with the waste disposal at his expense and shall take care that the use for the marketing of the products will not be impeded thereby. The export partner shall exempt the enterprise from any rights of recourse of third parties.

§ 7 Secrecy

a) Both parties shall undertake to maintain secrecy during the term of the Agreement and also after termination of the Agreement vis-à-vis any third parties, but especially vis-à-vis any present or future competitors, on all confidential internal matters relating to the enterprise, especially regarding product, marketing or enterprise development data, and on the nature and the contents of the agreements made between the export partner and the enterprise, particularly of this Agreement.

b) For each case of contravention, the party affected may claim damages to the amount of € 20,000.00 from the other party irrespective of a proven loss (according to German law). Any further claims for damages shall remain unaffected hereby.

§ 8 Domains

a) The enterprise shall permit the export partner to publish information on the Internet within the above-defined rules. Any

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 33

Distribution Agreement U.S.A.

**LAVERÉ** NATURKOSMETIK    **lavera** NATURKOSMETIK

definierten Regeln. Preis-Statements im weltweiten Netz sind untersagt, es sei denn das Unternehmen hat diese schriftlich genehmigt. Die Genehmigung kann nur in dringenden Fällen verweigert werden.

b) Dem Export Partner ist es vom Unternehmen gestattet, eine Internetanschrift zu verwenden mit dem Namen „laverana" oder dem Markennamen „lavera" des Unternehmens. Das Unternehmen bleibt, soweit nach nationalem Recht möglich, Inhaber der Internet-Domains. Nach Beendigung dieses Vertrages wird der Export Partner die Internet-Domain dann auf das Unternehmen kostenfrei übertragen. Das Unternehmen nimmt die Übertragung bereits jetzt an.

price statements are prohibited in the worldwide web, unless the enterprise has approved this in writing. The permission shall only be denied in compelling cases.

b) The enterprise shall allow the export partner to use an Internet address with the name "laverana" or a brand name "lavera" of the enterprise. The enterprise shall remain the owner of the Internet domain in so far as this is possible under national law. Upon termination of this Agreement, the export partner shall transfer the Internet domain to the enterprise without charging any costs. The enterprise accepts the transfer now already.

## § 9 Markenrechte

a) Dem Export Partner ist nur für die Vertragsdauer erlaubt die heutigen und zukünftigen Marken, insbesondere die Marke „lavera" des Unternehmens zu nutzen.

b) Das Unternehmen ist nicht zur Aufrechterhaltung bestehender künftiger oder zur Anmeldung neuer registrierter Schutzrechte verpflichtet.

c) Sollte der Export Partner die Markennamen, insbesondere den Markennamen „lavera", mit oder ohne schriftliche Zustimmung des Unternehmens registriert haben, ist der Export Partner verpflichtet diese Rechte an das Unternehmen kostenfrei abzutreten. Das Unternehmen nimmt die Abtretung bereits jetzt an.

d) Sämtliche Benutzungshandlungen erfolgen ausschließlich für das Unternehmen. Sollten durch die Benutzung Marken oder markenrechtsähnliche Rechte entstehen, werden diese ebenfalls unverzüglich auf das Unternehmen übertragen.

e) Die Benutzung von Schutzrechten geistigen Eigentums des Unternehmens durch den Export Partner wird

## § 9 Trademark Rights

a) The export partner shall make use of the current and future trademarks, especially the brand name "lavera", of the enterprise, and such use shall only be made for the duration of this Agreement.

b) Enterprise shall not be obliged to maintain existing or future registered protective rights or to apply for the registration of new registered protective rights.

c) Should the export partner have registered the brand names, especially the brand name "lavera", with or without written approval of the enterprise, the export partner shall be obliged to assign this right to the enterprise free of charge. The enterprise accepts the assignment already now.

d) All acts of use shall be effected for the enterprise exclusively. Should trademarks or rights similar to trademarks result from the use, these shall likewise be transferred to the enterprise without delay.

e) The usage of protective rights of intellectual property of the enterprise by export partner as per the above provisions is only granted

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 34

Distribution Agreement U.S.A.



ausschließlich für das Gebiet der U.S.A. nach den vorstehenden Vorschriften gestattet. Eine Lizenz oder Gestattung für Gebiete außerhalb der U.S.A. wird nicht erteilt. Insoweit verbleibt es bei dem alleinigen Nutzungsrecht des Unternehmens an diesen Rechten.

f) Falls der Export Partner Löschungsverfahren oder sonstige Angriffe gegen die Schutzrechte des Unternehmens einleitet oder androht, ist das Unternehmen zur Kündigung dieser Vereinbarung aus wichtigem Grund berechtigt.

for the territory of the U.S.A.. A license or allowance for territories outside of the U.S.A. is not given. Insofar the exclusive right of the enterprise to the use of these rights remains untouched.

f) If the export partner initiates or threatens by the initiation of cancellation actions or other attacks against the protective rights of enterprise, enterprise may terminate this Agreement for cause.

## § 10 Eigentumsvorbehalt

a) Die gelieferte Ware bleibt bis zur vollständigen Bezahlung Eigentum des Unternehmens.

b) Das Unternehmen liefert ausschließlich unter verlängertem Eigentumsvorbehalt.

## § 10 Reservation of Proprietary Rights

a) The goods delivered shall remain the property of the enterprise until fully paid.

b) The enterprise exclusively delivers under an extended reservation of proprietary rights.

## § 11 Versicherung

a) Der Export Partner ist verpflichtet, zur Deckung aller eventueller aufgrund oder im Zusammenhang mit der Anwendung, Markteinführung, Bewerbung oder Promotion, dem Verkauf oder dem Vertrieb der Vertragsprodukte gegenüber dem Export Partner entstehenden Ansprüche Dritter eine geeignete Versicherung abzuschließen, deren jährliche Deckungssumme mindestens US $ 5 Mio. entspricht.

b) Dem Unternehmen ist jährlich spätestens zum Ende Februar, erstmals 2 Monate nach Unterzeichnung dieser Vereinbarung, durch den Export Partner ein Nachweis über das Bestehen und die aktuelle Deckungssumme einer solchen Versicherung schriftlich zu übersenden.

c) Der Export Partner übernimmt die aus diesem Versicherungsvertrag entstehenden Kosten.

## § 11 Insurance

a) The export partner commits itself to provide for an insurance contract covering all potential claims of third parties against the export partner, which are due to or in connection with the application of the products concerned by this Agreement, their introduction into the market, advertising or their promotion, their sale or distribution. The minimum amount to be covered per annum by such an insurance contract is US $ 5 millions.

b) The export partner will provide enterprise with written evidence of the existence of and the actual amount covered by such an insurance contract, every year until the end of February, and for the first time 2 months after the signature of this Agreement.

c) The export partner will bear all costs arising from this insurance contract.

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 35

LAVERÉ
NATURKOSMETIK



### § 12 Adressen

a) Die Parteien werden sich sämtliche Kommunikation bzgl. dieses Vertrages an die eingangs genannten bzw. die unter § 12b genannten Adressen zustellen.

b) Adressänderungen werden sich die Parteien unverzüglich gegenseitig schriftlich mitteilen.

### § 13 Rechtswahl, Gerichtsstand

a) Es gilt deutsches Recht mit Ausnahme der kollisionsrechtlichen und der Bestimmungen des Internationalen Privatrechts.

b) Gerichtsstand ist Hannover, Deutschland.

### § 14 Schriftformklausel

Für diesen Vertrag wurde die Schriftlichkeit vereinbart. Dies gilt auch für das Abbedingen der Schriftform. Nebenabreden würden nicht getroffen.

### § 15 Salvatorische Klausel

Sollte eine Vorschrift des Vertrages unwirksam sein, so hat dies nicht die Unwirksamkeit des gesamten Vertrages zur Folge. Die Parteien verpflichten sich vielmehr, die unwirksame Regelung durch eine neue Regelung zu ersetzen, die dem mit der unwirksamen Regelung verfolgten Zweck am ehesten entspricht. Sollte vor Zeichnung dieses Vertrages bereits eine Vereinbarung getroffen worden sein, so sind mit Unterzeichnung dieses Vertrages alle bisher getroffenen Vereinbarungen aufgehoben.

Diese Vereinbarung wurde in Deutsch und Englisch aufgesetzt, gleichwohl soll die deutsche Fassung verbindlich sein.

### § 12 Addresses

a) The parties shall serve all communication relating to this Agreement to the above-indicated addresses, or to the addresses named under § 12b.

b) The parties shall mutually and without delay notify each other in writing of any change of address.

### § 13 Applicable law, place of jurisdiction

a) German law shall be applicable except for the conflict of laws provisions and the provisions of the Private International Law.

b) The place of jurisdiction shall be Hanover, Germany.

### § 14 Clause of written form

The written form has been agreed for this Agreement. This shall also apply if the written form is to be waived. No subsidiary agreements have been concluded.

### § 15 Salvatorian clause

Should any provision of the Agreement be invalid, this does not entail the invalidity of the entire Agreement. Rather, the parties undertake to replace the invalid regulation by a new regulation coming closest to the purpose pursued by the invalid regulation. Should an agreement have been reached already prior to the signing of this Agreement, all hitherto made agreements shall be cancelled once the present Agreement is signed.

This Agreement has been drawn up in German and English, however the German version shall be binding.

...ment U.S.A.

 

LAVERÉ
NATURKOSMETIK

...ch dem Willen der Parteien soll die somit begründete Vereinbarung ordnungsgemäß erfüllt werden und in Kraft treten ab dem letzten unten genannten Datum.

Wherefore, the parties have caused this Agreement to be duly executed and to become effective on the last date and year written below.

Denuipen
_____
Ort

11.09.2008
_____
Datum

laverana GmbH

Hamberg
_____
Ort

22,08
_____
Datum

Export Partner

Denuigen
_____
Place

11.09.2008
_____
Date

laverana GmbH

Hamberg
_____
Place

22,08
_____
Date

export partner

1 / 2

**LAVERÉ**
NATURKOSMETIK



| Anlage A | Annex A |
|---|---|
| zum Vertriebsvertrag vom _____ | to the Distribution Agreement of _____ |
| zwischen | between |

| laverana GmbH | laverana GmbH |
|---|---|
| Am Weingarten 4 | Am Weingarten 4 |
| 30974 Wennigsen | 30974 Wennigsen |

- im folgenden *„das Unternehmen"* genannt –

- hereinafter *"the enterprise"* –

und

and

**Lavera Skin Care North America, Inc.**
12015 115ᵗʰ Ave NE Suite 110
Kirkland, WA 98034

**Lavera Skin Care North America, Inc.**
12015 115ᵗʰ Ave NE Suite 110
Kirkland, WA 98034

USA

USA

- im folgenden *„der Export Partner"* genannt –

- hereinafter *"the export partner"* –

Zum Zeitpunkt der Zeichnung des Vertriebsvertrages werden die folgenden Firmen und alle deren Marken sowie weitere nicht genannte unmittelbare und mittelbare Mitbewerber und deren Marken nicht vom Export Partner geführt. Auch in Zukunft kann der Export Partner Marken dieser Firmen nur nach schriftlicher Einwilligung des Unternehmens vertreiben.

At the time the Distribution Agreement is signed, the following companies and all their trademarks as well as other competing companies not named here are not sold by the export partner. In the future, too, the export partner may only sell trademarks of these companies after the enterprise has given its written approval.

Zum Beispiel gehören dazu die Unternehmen der Firmen Börlind Gesellschaft für kosmetische Erzeugnisse mbH, elektrobio Cosmetics Ernst Kunze GmbH & Co KG, DADO-cosmed GmbH, Weleda AG, Wala Heilmittel GmbH, Logocos Cosmetik-Herstellungs und Verwaltungs-gesellschaft mbH, Martina Gebhardt Naturkosmetik und Naturwaren GmbH bzw. deren Unternehmensgruppen und deren Mitglieder, insbesondere die diesen Unternehmen oder ihrer Unternehmensgruppe oder Mitgliedern gehörenden oder durch sie genutzten Marken "Annemarie Börlind", „Anne Lind" "DADO SENS", "neobio", "elektrobio", "Heliotrop", "Christa Beckmann", "Weleda", „Dr. Hauschka", "Martina Gebhardt" oder "Logocos", "Logona", "Santé", "fitné".

For example these include the companies Börlind Gesellschaft für kosmetische Erzeugnisse mbH, elektrobio Cosmetics Ernst Kunze GmbH & Co KG, DADO-cosmed GmbH ,Weleda AG, Wala Heilmittel GmbH, Logocos Cosmetik-Herstellungs und Verwaltungs-gesellschaft mbH, Martina Gebhardt Naturkosmetik und Naturwaren GmbH or their groups or members of their groups, particularly the trademarks owned or used by these companies or their groups or members of their groups, i.e. "Annemarie Börlind", "Anne Lind" "DADO SENS", "neobio", "elektrobio", "Heliotrop", "Christa Beckmann", "Weleda", "Dr. Hauschka", "Martina Gebhardt" or "Logocos", "Logona", "Santé", "fitné".

2/2

 

Die hier aufgeführten Marken der jeweiligen Firmen sind nicht abschließend aufgeführt. Dies gilt auch für Firmen und deren Marken die sich mit den genannten Firmen im Konzernverbund befinden und die ebenfalls weder jetzt noch in Zukunft vom Export Partner ohne schriftliche Einwilligung des Unternehmens geführt werden dürfen.

The above-listed trademarks of the respective companies are not listed in a conclusive manner. This shall also apply to companies and their trademarks, which belong to the same corporate group as the companies mentioned, and which may neither now nor in the future be sold, either, by the export partner without written approval by the enterprise.

Ort
11. 09. 2008
Datum

laverana GmbH

Place
11. 09. 2008
Date

laverana GmbH

Ort

Datum
22.08

Export Partner

Place

Date

export partner

Anlage A zum Vertriebsvertrag

Annex A to the Distribution Agreement

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 39

**LAVERĒ**
NATURKOSMETIK

*lavera*
NATURKOSMETIK

| Anlage B zu dem Vertriebsvertrag vom | Annex B to the Distribution Agreement of |
|---|---|

| | |
|---|---|
| **Rabattprozentpunkte für Marketingaktivitäten des Export Partners** | **Discount percentages for marketing activities of the export partner** |
| Das Unternehmen behält sich das Recht vor gegebenenfalls einige der nachstehend aufgeführten Punkte aus Gründen des internationalen Marketings, der Corporate Identity und des Corporate Designs selbst auszuführen. | The enterprise reserves the right to carry out some of the points given below for reasons of international marketing, corporate identity and corporate design itself where appropriate. |
| **1.** bis zu 2% zusätzlichen Rabatt für den Druck von Informationsbroschüren in ausreichender Auflage (ggf. Layouts auf CDs vom Unternehmen als Vorlage verfügbar). | **1.** up to an additional 2 % discount for printing a sufficient number of information brochures (where needed, layouts on CDs are available from the enterprise as a model). |
| **2.** bis zu 1% zusätzlichen Rabatt, wenn dem Unternehmen plausibel gemacht werden kann, dass vom Export Partner erstellte und vom Export Partner auf die Produkte gebrachte Etiketten für den Export Partner unabdingbar sind. | **2.** up to an additional 1 % discount, if it is plausibly shown to the enterprise that labels produced by the export partner and affixed by the export partner on the products are indispensable to the export partner. |
| **3.** bis zu 2% zusätzlichen Rabatt für Werbung (z. B. Printanzeigen) in einigem Umfang. | **3.** up to an additional 2 % discount for advertising (e.g. printed advertisements) to some extent. |
| **4.** bis zu 1% zusätzlichen Rabatt für regelmäßige Öffentlichkeitsarbeit (Presse, Events, Seminare, etc.) | **4.** up to an additional 1 % discount for regular public relations work (press, events, seminars, etc.). |
| **5.** 0,5% zusätzlichen Rabatt wenn der Export Partner dem Unternehmen regelmäßig umfangreich bei Übersetzungsarbeiten hilft, seine Übersetzungen einer Marktprüfung standhalten und das Unternehmen die Übersetzungen im auflagenstarken Printbereich verwendet. | **5.** an additional 0.5 % discount, if the export partner regularly assists the enterprise comprehensively with translation work, his translations stand the test of the market and the enterprise uses the translations in the high-circulation print sector. |
| **6.** 0,5% zusätzlichen Rabatt für die Erstellung einer professionellen Website. | **6.** an additional 0.5 % discount for preparing a professional web site. |
| **7.** bis zu 3% zusätzlichen Rabatt für Außendienstaktivitäten und Werbedameneinsätze des Export Partners, wenn mindestens eine qualifizierte 38h-Wochen-Außendienstkraft ausschließlich für den verkaufsfördernden Einsatz der Produkte des Unternehmens arbeitet. | **7.** up to an additional 3 % discount for the export partner organizing field work activities and booking promotion persons for promotional work, if at least one qualified field representative working 38 hours a week exclusively works for promoting the sale of the products of the enterprise. |
| **8.** 0,5% zusätzlichen Rabatt wenn gewährleistet wird, dass ein regelmäßiges Verkaufsförder-Aktionskonzept (mehrmals im | **8.** an additional 0.5 % discount, if it is guaranteed that a regular sales promotion activity concept (several times a year) |

Jahr) mit kostenintensiven Aktivitäten im Printbereich (z. B. mehrmals im Jahr Druck von Aktionsbroschüren in angemessener Auflage für die Endverbraucher der vom Großhandel belieferten Einzelhändler) umgesetzt wird.

**9.** ggf. Rabattpunkte für hier noch nicht genannte Aktivitäten, sofern diese dem Unternehmen plausibel erscheinen und nicht bereits unter Alternative A (siehe unten) genannt werden. Für zusätzlich zu verifizierende Marketingaktivitäten wird der Aufwand des Export Partners mit den oben genannten Aktivitäten verglichen und vom Unternehmen ein vergleichender Rabattsatz festgesetzt. Die oben genannten Rabattberechnungen werden im Rahmen weiterer Vereinbarungen festgehalten und abschließend definiert.

**10.** Darüber hinaus kann der Export Partner noch zwischen 2 zusätzlichen Rabattansätzen (Alternative A oder B) wählen, mit denen er den bis dahin gebildeten Rabattsatz zusätzlich erhöhen kann:

### 10.a   Alternative A

- Bis zu weiteren 2% Rabatt für Außendienstaktivitäten des Export Partners, wenn diese in erheblichem Maße Unternehmen zugute kommen. Dies ist beispielsweise gegeben, wenn bei einer qualifizierten 38 Stunden-Wochen-Außendienstkraft mindestens 33% der Beratungsintensität ausschließlich in den verkaufsfördernden Einsatz der Produkte des Unternehmens fließt.

- Bis zu weiteren 1% Rabatt wenn Seminare, Schulungsprogramme, Hausmessen, etc. stattfinden, also mehrmals im Jahr Personal oder Räumlichkeiten auf Kosten des Großhändlers für persönliche Informations- und Verkaufsförderveranstaltungen gestellt werden und diese erfolgreich (umsatz- und imagefördernd) auf seine Kosten abgehalten werden. Diese Rabattlösung wird Inhalt einer weiteren Vereinbarung zwischen den Parteien.

including cost-intensive activities in the print sector (e.g. several times a year printing of action brochures with an appropriate circulation for the final consumers of the retailers supplied by the wholesalers) is put into practice.

**9.** where appropriate, discount points for activities not yet indicated here, if these appear plausible to the enterprise and are not already indicated under alternative A (see below). For marketing activities to be verified additionally, the export partner's expenses are compared with the above-indicated activities and a comparative discount rate is fixed by the enterprise. The above-mentioned discount calculations shall be laid down within the scope of further agreements and shall be conclusively defined.

**10.** Moreover, the export partner may further choose between 2 additional discount models (alternative A or B), by which he can additionally increase the discount rate established so far:

### 10.a   Alternative A

- Up to a further 2 % discount for field work activities of the export partner's, if the enterprise considerably benefits therefrom. This is given, for example, if at least 33 % of the consultation intensity of a qualified field representative working 38 hours a week is exclusively used for the sales promotion of the products of the enterprise.

- Up to a further 1 % discount, if seminars, training programs, in-house exhibitions, etc., take place, i.e. several times a year staff or rooms are provided at the export partner's expense for personal information and sales promotion events, and these are held successfully (in a way adapted to promote sales and image) at his expense. This discount solution will be the subject-matter of a further agreement between the parties.

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 41

LAVERÉ
NATURKOSMETIK



| **10.b)** **Alternative B** | **10.b** **Alternative B** |
|---|---|
| - Bis zu weiteren 1%, Rabatt sofern im Vorjahr mindestens 250.000 Euro retourenbereinigter Umsatz mit lavera Produkten des Unternehmens generiert wurde. | - Up to an additional 1 % discount, if in the previous year a turnover after returns of at least € 250,000 was generated by lavera products of the enterprise. |
| - Zusätzlich bis zu 1% Rabatt, sofern im Vorjahr mindestens 500.000 Euro retourenbereinigter Umsatz mit lavera Produkten des Unternehmens generiert wurde | - Additionally up to 1 % discount, if in the previous year a turnover after returns of at least € 500,000 was generated by lavera products of the enterprise. |
| - Zusätzlich bis zu 1% Rabatt, sofern im Vorjahr mindestens 1.000.000 Euro retourenbereinigter Umsatz mit lavera Produkten des Unternehmens generiert wurde | - Additionally up to 1 % discount, if in the previous year a turnover after returns of at least € 1,000,000 was generated by lavera products of the enterprise. |
| **10.c** Die beiden Alternativen können nicht miteinander verbunden werden. Es gilt entweder Alternative A oder B, wobei jeweils bis zum 31. März eines jeden Jahres der Export Partner den bisher gewählten Ansatz für das Folgejahr ändern kann. | **10.c** The two alternatives cannot be linked with each other. Either alternative A or alternative B is applicable, and the export partner may change the previously chosen alternative for the following year by March 31 of each year. |

# Exhibit 3

*Kanada*



**LAVERÉ**
NATURKOSMETIK



**lavera**
NATURKOSMETIK



| Vertriebsvertrag | Distribution Agreement |
|---|---|
| zwischen | Between |
| **laverana GmbH**<br>Am Weingarten 4<br>30974 Wennigsen<br>Deutschland | **laverana GmbH**<br>Am Weingarten 4<br>30974 Wennigsen<br>Germany |
| - im folgenden „*das Unternehmen*" genannt – | - hereinafter referred to as "*the enterprise*" |
| und | and |
| **Lavera Skin Care North America, Inc.**<br>12015 115th Ave NE Suite 110<br>Kirkland, WA 98034 | **Lavera Skin Care North America, Inc.**<br>12015 115th Ave NE Suite 110<br>Kirkland, WA 98034 |
| USA | USA |
| - im folgenden „*der Export Partner*" genannt – | - hereinafter referred to as "*the export partner*" |
| Alle bisherigen Vertragsverhältnisse zwischen | All past contractual relations between |
| **laverana GmbH**<br>Am Weingarten 4<br>30974 Wennigsen<br>Deutschland | **laverana GmbH**<br>Am Weingarten 4<br>30974 Wennigsen<br>Deutschland |
| und | und |
| A. Dewor<br>Herchener Str. 10<br>57635 Weyerbusch | A. Dewor<br>Herchener Str. 10<br>57635 Weyerbusch |
| sowie | as well as |
| **laverana GmbH**<br>Am Weingarten 4<br>30974 Wennigsen<br>Deutschland | **laverana GmbH**<br>Am Weingarten 4<br>30974 Wennigsen<br>Deutschland |
| und | and |
| Ars Vivendi<br>Organic Lifestyle<br>Andreas Dewor | Ars Vivendi<br>Organic Lifestyle<br>Andreas Dewor |

Seite 1 von 16

Distribution Agreement Canada



LAVERÉ
NATURKOSMETIK

*lavera*
NATURKOSMETIK

verlieren hiermit ihre Gültigkeit. Diese Vereinbarung wird nur und erst wirksam mit der letzten rechtsverbindlichen Unterschrift aller vorgenannten Parteien (laverana GmbH; Lavera Skin Care North America, Inc.; A. Dewor, Weyerbusch; Ars Vivendi Organic Lifestyle). Falls nur eine der Unterschriften auf den hierfür am Ende der Vereinbarung vorgesehenen Zeilen fehlt, wird diese Vereinbarung nicht gültig.

lose hereby their validity. This Agreement will only become valid by the last legally binding signature of all aforementioned parties (laverana GmbH; Lavera Skin Care North America, Inc.; A. Dewor, Weyerbusch; Ars Vivendi Organic Lifestyle). If even only one of the signatures is missing on the lines provided for this purpose at the end of this Agreement, the Agreement will not become valid.

### Präambel

### Preamble

Das Unternehmen ist Hersteller echter Naturkosmetik (zurzeit BDIH: Zertifizierung fast aller Produkte).

The enterprise is manufacturer of genuine natural cosmetics (at present BDIH: certification of almost all products).

Das Unternehmen ist stets darum bemüht, die Konsequenz bei Herstellung echter Naturkosmetik mit einem dynamischen und lebendigen Marketing zu verbinden. In der Zusammenarbeit am Markt soll die Partnerschaft in den Vordergrund rücken, wobei im Vertrieb langjährige Fachhandelskontakte anzustreben sind.

The enterprise constantly endeavors to combine the consistency in producing genuine natural cosmetics with a dynamic and vivid marketing. In the cooperation on the market, the partnership is to be emphasized while, in marketing, long-standing specialized trade contacts are to be strived for.

Der Export Partner soll auf allen Handelsstufen die Besonderheiten der lavera Produkte bei einem professionellen Marktauftritt wiedergeben. In diesem Sinne unterstützt das Unternehmen den Export Partner nach Möglichkeit, um im gegenseitigen Einvernehmen die Marktpräsenz stetig auszubauen. Die Parteien sind sich darüber einig, dass die Produkte des Unternehmens einer besonderen Beratung bedürfen und in einem entsprechenden Umfeld vertrieben werden müssen. Die Parteien wissen des Weiteren, dass Bio-Kosmetik und artverwandte Produkte mit Eigenmarkencharakter regelmäßig eine andere Vertriebsstruktur benötigen als Produkte die nicht Naturkosmetik sind bzw. unter einem private-label angeboten werden. Außerdem unterliegen diese Produkte speziellen Regeln bei der Auslobung und Bewerbung, die die Parteien berücksichtigen müssen.

The export partner shall demonstrate the special features of the lavera products at all commercial stages in a professional market appearance. With this in mind, the enterprise assists the export partner as far as possible so as to continuously expand the market presence by mutual consent. The parties agree that the products of the enterprise require special advice and have to be distributed in an appropriate environment. The parties moreover know that bio-cosmetics (organic cosmetics) and related products with a house brand character regularly require another sales structure than products which are no natural cosmetics or are offered under a private label. Besides, these products are subject to special rules when being praised and advertised; these rules have to be considered by the parties.

Des Weiteren ist den Parteien bewusst, dass die jeweiligen Produkte aus dem Haus des Unternehmens unterschiedliche Käuferkreise ansprechen. Der Export Partner wird deswegen die verschiedenen Produkte auch entsprechend präsentieren und vermarkten.

Furthermore, the parties know that the respective products originating from the enterprise are addressed to different circles of purchasers. Therefore, the export partner will appropriately present and market the different products.

Außerdem ist den Parteien bekannt, dass

It is furthermore known to the parties that the

Seite 2 von 16

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 45

Distribution Agreement Canada



LAVERÉ NATURKOSMETIK    lavera NATURKOSMETIK

Abnehmer der Produkte gewöhnlich das gesamte Spektrum des lavera Warensortiments von Unternehmen erwarten. Der Export Partner wird deswegen das gesamte lavera Sortiment von Unternehmen vorrätig halten und vermarkten.

purchasers of the products usually expect the whole lavera product range of the enterprise. For this reason, the export partner will have the entire lavera product range of the enterprise on stock and will market it.

## § 1 Zweck der Vereinbarung- Vertriebsgebiet

## § 1 Purpose of the Agreement – Sales Area

a) Der Export Partner hat besondere Beratungskompetenz in seinem Land und wird deswegen die Produkte des Unternehmens auf dem Markt - im weiteren „Gebiet" - vertreiben.

a) The export partner has a particular consultation competence in his country and will therefore sell the products of the enterprise on the market – hereinafter referred to as "area".

b) Der Export Partner kann Kunden außerhalb des Gebietes nur dann mit Waren des lavera Produktsortiments beliefern, wenn für andere Zielländer das Unternehmen schriftlich einwilligt. Ansonsten wird der Export Partner die in § 3 Nr. c des Vertrages genannten Regeln auch für Zielländer außerhalb des Gebietes befolgen.

b) The export partner may only supply customers with products of the lavera range outside the area, if the enterprise agrees in writing to other countries of destination. Otherwise, the export partner will observe the rules stated in § 3 No. c of the Agreement for countries of destination outside the area, too.

c) Diese Regelung gilt auch für Abnehmer des Katalog- und /oder Internet-Versandhandels, weil auch hierfür besondere qualitative Kriterien des Herstellers zu beachten sind.

c) This regulation shall also be valid for purchasers buying through the catalogue and/or internet mail-order business, because the manufacturer's special criteria have to be observed for this, as well.

d) Der Export Partner wird die von den Markenrechten und entsprechenden Lizenzrechten nach § 9 dieser Vereinbarung umfassten Produkte des Unternehmens innerhalb der allein für den kanadischen Markt gegenüber dem Export Partner erteilten Lizenz- und Nutzungsrechte auf eigene Rechnung, unter eigenem Namen und auf eigenes Risiko zunächst auf dem kanadischen Markt vertreiben, sofern gesetzlich möglich.

d) The export partner shall sell products of the enterprise, as covered by the trademark rights and the respective license rights according to Section § 9 of this Agreement, within the scope of the license and usage rights which are granted for the Canadian market only, for his own account, in his own name, and at his own risk on the Canadian market, for the time being, if legally possible.

e) Das Unternehmen wird Dritte nur dann in vergleichbarer Weise und nur unter den gleichen vertraglichen Rahmenbedingungen und Anforderungen, wie sie – bis auf diese Regelung in § 1 e) und f) – auch gegenüber dem Export Partner gelten, beliefern, wenn dies aus zwingenden (kartell-)rechtlichen Gründen unvermeidlich ist, sofern diese Dritten in gleicher Weise die tatsächlichen und rechtlichen Voraussetzungen wie der

e) The enterprise will only supply third parties in a comparable way and under the same contractual general conditions and requirements as they are – apart from this regulation in § 1 e) and f) – also valid vis-à-vis the export partner, if this is unavoidable for compelling reasons based on the antitrust law, provided these third parties likewise offer the same actual and legal prerequisites as the export partner – particularly according to, yet not restricted

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 46

Distribution Agreement Canada



AVERÉ
ATURKOSMETIK

lavera
NATURKOSMETIK

Export Partner – insbesondere nach, jedoch nicht beschränkt auf § 3 b) und c) - bieten. So müssen Dritte etwa ebenfalls eine besondere Beratungskompetenz im Land und im Gebiet aufweisen und die umfassende Beratung und damit Verbraucherschutz zu gewährleisten.

f)   Das Unternehmen wird von sich aus bis zum Jahr 2015 keine weiteren vergleichbaren Vertriebs- und Importpartner im Gebiet suchen und akquirieren, sofern die folgenden Umsatzvoraussetzungen eingehalten sind:

- 2009   sofern im Jahre 2008 ein Umsatz von mindestens 400.000,00 € erreicht wurde.

- 2010   sofern im Jahre 2009 ein Umsatz von mindestens 500.000,00 € erreicht wurde.

- 2011   sofern im Jahre 2010 ein Umsatz von mindestens 600.000,00 € erreicht wurde.

- 2012   sofern im Jahre 2011 ein Umsatz von mindestens 700.000,00 € erreicht wurde.

- 2013   sofern im Jahre 2012 ein Umsatz von mindestens 800.000,00 € erreicht wurde.

- 2014   sofern im Jahre 2013 ein Umsatz von mindestens 900.000,00 € erreicht wurde.

- 2015   sofern im Jahre 2014 ein Umsatz von mindestens 1.000.000,00 € erreicht wurde.

- in darauf folgenden Jahren, sofern mindestens diese Umsatzvorgabe für 2014 auch für das jeweils vorangehende Jahr eingehalten wurde.

Der Export Partner ist für die Nichteinhaltung seiner Umsatzverpflichtungen nicht haftbar, wenn diese von ihm nicht zu vertreten ist, sondern auf höherer Gewalt z.B.

to § 3 b) and c). That is, third parties also have to show a special advisory competence in the country and in the area, and have to sell the products of the enterprise exclusively since the comprehensive advice and, thus, consumer protection can only be guaranteed with these sales channels.

f)   The enterprise itself will not look for and recruit any further comparable sales and import partners in the area up to the year 2015, provided the following turnover prerequisites are met:

- 2009   provided in the year 2008 a minimum turnover of at least € 400.000,00 has been reached.

- 2010   provided in the year 2009 a minimum turnover of at least € 500.000,00 has been reached.

- 2011   provided in the year 2010 a minimum turnover of at least € 600.000,00 has been reached.

- 2012   provided in the year 2011 a minimum turnover of at least € 700.000,00 has been reached.

- 2013   provided in the year 2012 a minimum turnover of at least € 800.000,00 has been reached.

- 2014   provided in the year 2013 a minimum turnover of at least € 900.000,00 has been reached.

- 2015   provided in the year 2014 a minimum turnover of at least € 1.000.000,00 has been reached.

- in the following years, as long as this minimum turnover requirement of 2014 is also met for the respective preceding year.

The export partner shall not be liable for any failure to perform its turnover obligations where such failure is as a result of Acts of Nature (including fire, flood, earthquake, storm, or other natural disaster), war, invasion, hostilities,

Distribution Agreement Canada



Naturgewalt (Feuer, Überschwemmungen, Erdbeben, Sturm), Krieg, Invasion, Kampfhandlungen, Regierungssanktionen, Blockaden, Embargos, Arbeitskampfmaßnahmen, Streik oder anhaltende Lieferunfähigkeit des Unternehmens beruht. Das Unternehmen wird unter solchen Umständen nicht das Recht haben, diese Vereinbarung zu kündigen oder zu beenden. Gibt der Export Partner höhere Gewalt als Entschuldigung an, ist er beweispflichtig dafür, dass (unter diesen Umständen) angemessene Schritte unternommen wurden, um Verspätungen oder Schäden, die durch vorhersehbare Ereignisse entstehen, zu minimieren und das alle unentschuldigte Verpflichtungen im Wesentlichen erfüllt wurden und dass das Unternehmen zeitnah über die Möglichkeit oder das tatsächliche Geschehen, das eine solche Geltendmachung informiert wurde, so dass andere angemessene Vorkehrungen in Erwägung gezogen werden konnten.

g) Ist die Beschränkung der Belieferung auf einzelne Länder z. B. innerhalb eines geschlossenen Wirtschaftsraumes ungültig, dann ist eine Belieferung eines auszuschließenden Empfängerlandes selbst nur dann möglich, wenn § 3 b),c) und d) eingehalten werden.

h) Die Verpflichtungen des Unternehmen aus den vorgenannten Ziffern und ein etwaiger Belieferungsanspruch erlöschen sofort dann, wenn fällige Forderungen 30 Tage oder länger, auch teilweise, unbeglichen bleiben.

### § 2 Listung und Darstellung von den Produkten beim Export Partner

a) Das Unternehmen kann verlangen, dass der Export Partner das gesamte lavera Produktprogramm des Unternehmens inkl. aller Proben, Tester, Plakate, Werbemittel, Informationsbroschüren, des ganzen Dekorationsmaterials, etc. in der jeweils gültigen Preisliste vollständig führt. Soweit spezielle Angebote bzw. Aktionen von Unternehmen angeboten werden, wird sich der Export Partner nach Absprache mit dem Unternehmen daran beteiligen. Von einer Teilnahme des Export Partners an

government sanction, blockage, embargo, labour dispute, strike or ongoing failure to deliver by the enterprise. The enterprise will not have a right to terminate this Agreement in such circumstances.

Is the export partner asserting Force Majeure as an excuse he shall have the burden of proving that reasonable steps were taken (under the circumstances) to minimize delay or damages caused by forseeable events, that all non-excused obligations were substantially fulfilled, and that the enterprise was timely notified of the likelihood or actual occurrence which would justify such an assertion, so that other prudent precautions could be contemplated.

g) If the restriction of the delivery to individual countries, e.g. within a closed trading area, is invalid, then delivery to a receiving country to be excluded is only possible, if § 3 b), c) and d) are adhered to.

h) The obligations of the enterprise arising from the aforementioned numerals and any claim for delivery expire immediately when outstanding debts remain unsettled, even partly, for 30 days or more.

### § 2 Listing and presentation of the products at the export partner´s

a) The enterprise can require that the export partner undertakes completely to offer the whole lavera product range of the enterprise, including all samples, testers, posters, advertising material, information brochures, the whole decoration material, etc., in the respectively valid price list. In so far as special offers or promotions are specified by the enterprise, the export partner will take part therein after consulting with the enterprise. The parties can forego the participation of the export partner in

tribution Agreement Canada



LAVERÉ NATURKOSMETIK

lavera NATURKOSMETIK

solchen Angeboten und Aktionen kann insbesondere dann abgesehen werden, wenn zwingende Gründe dagegen sprechen, wie z.B. der Verstoß der Produkte gegen gesetzliche Vorschriften im Vertragsgebiet oder die besonderen Marktgegebenheiten im Vertragsgebiet oder mangelnde Aktualität durch weite Transportwege.

b) Das Unternehmen kann verlangen, dass der Export Partner ggf. zukünftig weitere Marken des Unternehmens listet.

c) Grundsätzlich werden alle Produkte unter den Markennamen lavera darstellungstechnisch von anderen Marken des Unternehmens getrennt.
Ausgenommen sind hiervon bis zum 31.03.2009 die Webseite und der Jahreskatalog des Export Partners.

d) Der Export Partner hat derzeit keine anderen Kosmetikmarken in seinem Angebot. Um sein Angebot, insbesondere durch Aufnahme der im Anhang A zu dieser Vereinbarung erwähnten Marken, zu verbreitern, bedarf es der vorherigen schriftlichen Zustimmung durch das Unternehmen.

e) Im Fall von Veränderungen umsatzstarker Produkte des Export Partners oder der Neueinführung von Produktlinien wird das Unternehmen den Export Partner 6 Monate vor Umsetzung der Änderungen bzw. Einführung der Neuprodukte informieren und ihm die Möglichkeit zu Bevorratung mit Altprodukten geben

### § 3 Konditionen

a) Das Unternehmen gewährt dem Export Partner auf alle Einkaufspreise (Bezugspunkt ist die jeweils aktuelle lavera Preisliste) einen Rabatt von

**pauschal 20 %,**

mit denen die klassischen Großhandelsarbeiten wie z. B. die Logistik im Lande des Export Partners abgedeckt

special offers or promotions especially in case of compelling reasons, for example if the products do not comply either with the legal regulations of the area or with the individual market conditions in the area or if the activity cannot be done not up- to date due to long transportation periods

b) The enterprise may request that the export partner list any future further trademarks of the enterprise.

c) Basically, all products under the brand name lavera are presented separately from other brand names of the enterprise. Exempted hereof are the website and the annual catalogue of the export partner until the 31st of March 2009.

d) The export partner has, at present, no other cosmetic brands in his range of products. In order to enlarge the range of products especially by the cosmetics manufacturers mentioned in Annex A to this Agreement the export partner requires the prior written consent of the enterprise

e) In case top selling products of the export partner are being changed by the enterprise or in case of a new product is launched by the enterprise range the enterprise will inform the export partner 6 months prior to the change of the product or the product launch in order to
give the export partner the possibility to build up stock with the former product.

### § 3 Conditions

a) The enterprise shall grant the export partner on all purchase prices (reference is the respective current lavera price list)

**a lump-sum discount of 20 %**

covering the classic wholesale activities, such as e.g. logistics in the export partner's

Seite 6 von 16



.ribution Agreement Canada



LAVERÉ
NATURKOSMETIK

*lavera*
NATURKOSMETIK

sind. Hierin enthalten sind 3 % Rabatt für den Bezug der Produkte ab Werk (ex works).

country. Already included is a 3 % discount for purchase of the products ex works.

b) Der Export Partner ist verpflichtet für einen gedeihlichen Vertrieb der Marke lavera in seinem Auslandsmarkt Marketingaktivitäten auf seine Kosten durchzuführen. Die vom Unternehmen definierten Mindeststandards zur Corporate Identity bzw. zum Corporate Design werden gemeinsam vom Unternehmen und dem Export Partner geprüft und nach Maßgabe des Unternehmens gegebenenfalls an die Marktanforderungen des Vertragsgebietes angepasst.

b) In the interest of a successful distribution of the brand name lavera on his foreign market, the export partner is obliged to carry out marketing activities at his expense. The minimum standards concerning corporate identity and corporate design defined by the enterprise will be checked by the enterprise and the export partner and possibly changed according to the provisions of the enterprise in order to fit the market conditions of the area.

c) Der Export Partner hat darauf zu achten, dass die entsprechenden Marketingmaßnahmen in der Landessprache des Gebietes bzw. des zu beliefernden Landes durchgeführt werden. Der Export Partner wird in einem solchen Fall umfangreiches Informationsmaterial in ausreichender Auflage in der bzw. den entsprechenden Sprache(n) erstellen, für eine Auslobung der Produkte nach nationalen Regeln des zu beliefernden Landes Sorge tragen und haften und sämtliche nationale Gesetze und Vorschriften in seinem Gebiet bzw. den zu beliefernden Ländern unbeschränkt beachten. In diesen Fällen ist die Haftung vom Unternehmen auf grobe Fahrlässigkeit und Vorsatz beschränkt. Die Werbeunterlagen, Marketingmaterialen (u.a. Displays) sind vor Verbreitung dem Unternehmen zur Abnahme vorzulegen und dürfen nur nach schriftlicher Abnahme des Unternehmens verwendet werden.
Das Unternehmen verpflichtet sich, dem Export Partner spätestens 7 Tage nach Erhalt der Materialien Änderungswünsche mitzuteilen, ansonsten gilt das Material als genehmigt. Alle vom Export Partner bis zum 31.06.2008 erstellten Materialien gelten als vom Unternehmen genehmigt.

c) The export partner shall take care that the respective marketing measures are taken in the national language of the territory or the country to be supplied. In such a case, the export partner will prepare comprehensive information material with a sufficient circulation in the respective language(s), shall take care of and be liable for offering and praising the products according to the national laws of the country to be supplied and to observe all national laws and regulations without restriction in his territory and/or the countries to be supplied. In these cases, the liability of the enterprise is restricted to gross negligence and intent. Prior to distribution, the advertising and marketing materials (also displays) shall be submitted to the enterprise for approval, and may be used upon written approval of the enterprise only.
The enterprise undertakes to inform the export partner about all requests for changes to be made at latest 7 days after receival of material. Otherwise the material is approved by the enterprise. All material designed by the export partner until the 31st of June 2008 is considered as approved by the enterprise.

d) Die Marketingaktivitäten werden nach Abnahme vom Unternehmen ggf. unterstützt. Dafür erhält der Export Partner vom Unternehmen zusätzliche Rabattprozentpunkte, die in Anlage B zu diesem Vertrag aufgeführt sind.

d) Upon approval, the marketing activities will be supported by the enterprise where appropriate. For this, the export partner shall receive additional discount percentage points, listed in Annex B to this contract, from the enterprise.

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 50

LAVERÉ lavera
NATURKOSMETIK NATURKOSMETIK

Die zusätzliche Rabattpunktesumme aus Punkt 1 bis 10 der Anlage B wird auf 10% begrenzt.

Aus der einmal gewährten Rabattsumme ergibt sich für die zusätzlichen Rabattpunkte nicht automatisch ein Anspruch für die Zukunft. Vielmehr errechnet sich ein etwaiger zusätzlicher Rabatt jedes Jahr neu.

Für die jeweiligen Rabattgewährungen verfasst der Export Partner jedes Jahr bis Dezember einen Marketingplan für die Marke lavera in deutsch oder englisch für das kommende Jahr, aus dem das Unternehmen die Marketingaktivitäten zur Errechnung der zusätzlichen Rabattpunktesumme entnehmen kann und womit die zusätzliche Rabattauswahl zum Inhalt einer Vereinbarung wird, deren Gültigkeit auf ein Jahr beschränkt bleibt.

(IV) Bleibt die Übersendung eines solchen Marketingplans bis Ende Dezember aus oder wird der vom Unternehmen abgenommene Marketingplan nicht befolgt, so fehlt eine Vereinbarung bzw. wird diese rückwirkend ungültig, womit das Unternehmen berechtigt wird während des Kalenderjahres oder auch rückwirkend zum Zeitpunkt der Nichtbefolgung der Vereinbarung die zusätzlichen Rabattpunkte nach Punkt 1 bis 10 der Anlage B dieses Vertrages zu streichen bzw. entsprechend zu senken.

e) Weiterhin erhält der Export Partner für seine Leistungen um die erreichten Umsatzzuwächse mit der Marke lavera auf seinem Markt eine Rückvergütung von 10% auf den Mehrumsatz gegenüber dem Kalenderjahr der Vergangenheit, das bis zum Abrechnungszeitpunkt den bis dahin höchsten Umsatz generiert hatte. Die Rückvergütung ist bis zum 28. Februar des Folgejahres fällig.

f) Für jede volle € 1.000,- Umsatz mit der Marke lavera hat der Export Partner den

(I) The additional sum of discount points from lit. 1 to 10 of annex B shall be restricted to 10 %.

(II) The sum of discounts once granted does not automatically result in a future claim for the additional discount points. Rather, a possible additional discount will be newly calculated each year.

(III) Concerning the respective discounts granted, each year the export partner shall work out a marketing plan for the lavera brand in German or English by December for the following year, from which the enterprise is able to gather the marketing activities for the calculation of the sum of the additional discount points, and whereby the additional choice of discounts will be rendered the subject-matter of an agreement whose validity remains restricted to one year.

(IV) If such a marketing plan is not transmitted by the end of December or if the marketing plan approved by the enterprise is not complied with, there is no agreement, or it becomes invalid retroactively, entitling the enterprise to cancel or adequately reduce the additional discount points in accordance with lit 1 to 10 of annex B to this contract during the calendar year or else retroactively as of the point in time of non-compliance with the Agreement.

e) Furthermore, for his activities leading to the increases in turnover achieved on his market with the lavera brand, the export partner shall be granted a reimbursement of 10 % on the turnover increase achieved vis-à-vis that calendar year of the past which had generated the maximum turnover so far by the accounting date. The reimbursement shall be due by February 28 of the following year.

f) For each turnover of a full € 1,000.00 with the lavera brand the export partner shall be

tribution Agreement Canada



LAVERÉ
NATURKOSMETIK

lavera
NATURKOSMETIK

Anspruch auf den Gegenwert von € 25,- an von den vom Unternehmen zur Verfügung gestellten lavera Verkaufsförderinstrumentarien gemäß der jeweils aktuellen Marketing-Verkaufsförderungs-Preisliste (z. B. Sachet-Proben).

entitled to the equivalent of € 25.00 of the lavera sales promotion instruments made available by the enterprise in accordance with the respective current marketing sales promotion price list (e.g. sachet samples).

Tester sind in dieser Regelung enthalten. Sie können am Ende des Jahres dem Export Partner vom Unternehmen in Rechnung gestellt werden, sollte die Summe der kostenlosen Verkaufsförderungsmaterialien überstiegen werden. Im Falle, dass das Probenkontingent des Export Partners nicht ausgeschöpft worden ist, hat er noch bis Ende Februar des neuen Jahres die Möglichkeit, die ausstehende Menge an Proben kostenfrei aus dem Lager des Unternehmens abzurufen. Der Anspruch verfällt jeweils zum März des neuen Jahres. Sollte der Wert für das zunächst kostenlos erhaltene Verkaufsfördermaterial das umsatzbezogene Kontingent überstiegen haben, wird der Export Partner nachträglich gemäß der Preisliste belastet.

Testers are included in this regulation. The enterprise is free to bill the export partner for the testers if the sum for marketing sales promotion material is exceeded. If the export partner's quota of samples has not been used up, he shall have the opportunity until the end of February of the new year to call in the outstanding amount of samples from the enterprise's warehouse without any cost arising. The respective claim lapses as of March of the new year. Should the value of the sales promotion material initially received free of charge have exceeded the turnover-based quota, the export partner will be charged afterwards according to the price list.

g) Die Auftragserteilung erfolgt schriftlich per E-mail oder Telefax an das Unternehmen.

g) Orders shall be placed with the enterprise in writing either by e-mail or fax.

h) Das Unternehmen ist bemüht, alle bestellten Produkte des Regulärprogramms innerhalb von 15 Werktagen nach Bestelleingang ab Werk auszuliefern. Bei Bestellgrößen von mehr als 500 Stück kann das Unternehmen eine längere Dispositionszeit benötigen. Diese ist bei entsprechenden Bestellgrößen mit dem Export Partner abzustimmen.

h) The enterprise shall endeavor to deliver all products ordered from the regular range within 15 working days from receipt of the order ex works. In the case of order sizes of more than 500 items, the enterprise may require a longer time of disposition. In the case of such order sizes, this has to be agreed upon with the export partner.

i) Die Bezahlung aller Aufträge erfolgt in Euro kosten- und spesenfrei sowohl für das reguläre Warenprogramm als auch für ggf. getätigte Sonderproduktionen.

i) All orders shall be paid free of charges and expenses in Euros, both for the regular range of goods as well as for any special productions that might have been made.

- Im Falle der Vorkasse wird dem Export Partner vom Unternehmen 3% Skonto gewährt.

- in case of payment before despatch of goods by advance payment the enterprise grants a 3 % discount for advance payment to the export partner.

- im Falle der Zahlung innerhalb von 14 Tagen nach dem Rechnungsdatum wird ein Skonto von 2 % auf den

- in case of payment up to 14 days after invoice date 2 % discount are granted on

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 52

stribution Agreement Canada



LAVERÉ NATURKOSMETIK    lavera NATURKOSMETIK

Rechnungsbetrag gewährt, sofern nicht mehr als € 48.000,00 unbezahlte Rechnungsforderungen gegenüber dem Export Partner bestehen.

- im Falle der Zahlung innerhalb von 30 Tagen nach dem Rechnungsdatum ist der Rechnungsbetrag netto fällig, sofern nicht mehr als € 48.000,00 unbezahlte Rechnungsforderungen gegenüber dem Export Partner bestehen.

j) Den Transport versichert und übernimmt der Export Partner (ab Werk).

the invoiced amount, unless a maximum of unbalanced debts of the export partner of € 48.000,00 exists.

- in case of payment up to 30 days after invoice date the net invoiced amount has to be paid, unless a maximum of unbalanced debts of the export partner of € 48.000,00 exists.

j) The export partner shall insure and pay for the transportation (ex works).

## § 4 Dauer der Vereinbarung – Kündigung

a) Diese Vereinbarung zunächst befristet bis zum 31. Dezember 2015. Die Vereinbarung verlängert sich anschließend automatisch um jewells ein Jahr, es sei denn eine der Parteien teilt der anderen mit einer Frist von 3 Monaten schriftlich per Telefax oder per Einschreiben ihre Absicht mit, die Vereinbarung nicht zu erneuern bzw. zu kündigen.

b) Das Recht auf außerordentliche Kündigung ist nicht ausgeschlossen. Als außerordentlicher Kündigungsgrund gilt unter anderem

- die Insolvenz einer der Parteien,

- die Umsatzvorgaben des jeweiligen Jahres in § 1 f. um wenigstens 20 % verfehlt werden.

- eine permanente Hauptpflichtverletzung, die durch eine der Parteien schriftlich abgemahnt wurde und nicht innerhalb von 30 Tagen nach Versenden der Abmahnung abgestellt wurde,

- Änderung in der Eigentümer- und/oder Gesellschaftsstruktur einer der Parteien, die ein Weiterführen des Vertrages unzumutbar erscheinen lässt,

- gesetzliche Gründe, die zu einer außerordentlichen Kündigung führen.

## § 4 Term of Agreement – Termination

a) This Agreement is initially valid until 31st December 2015. The validity of the Agreement will be automatically extended for another year unless one of the parties notifies to the other with 3 months' notice in written form either via facsimile or in the written form via registered mail its intent not to renew or to terminate the Agreement.

b) The right to an extraordinary cancellation shall not be excluded. The following, among others, shall be an extraordinary termination reason

- insolvency of one of the parties,

- the minimum turnover requirements as per § 1 f. are missed by at least 20 % for the respective year.

- a permanent violation of a principal obligation, against which one of the parties has issued a written warning and which has not been stopped within 30 days from the dispatch of such a warning notice,

- a change in the owner and/or company structure of one of the parties, rendering a continuation of the Agreement unacceptable,

- legal reasons leading to an extraordinary cancellation.

Seite 10 von 16

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 53

tribution Agreement Canada



LAVERÉ
NATURKOSMETIK

lavera
NATURKOSMETIK

- ausstehende Rechnungsbeträge des Unternehmens ganz oder teilweise für mehr als 30 Tage nicht beglichen werden

- outstanding invoices, either entirely or partially, are not paid within 30 days.

c) Die Kündigung bzw. Nichtverlängerungsmitteilung ist schriftlich auf Englisch mittels Telefax oder eingeschriebenen Briefes an die Adresse gemäß § 12 des Vertrages zu erklären. Für den Zugang der Kündigung gilt der fünfte Tag nach Absendung des Kündigungsschreibens.

c) The termination or notice of discontinuance has to be declared in writing either in English by facsimile or registered mail, to the address as per § 12 of the Agreement. The notice shall be deemed to be served on the fifth day from dispatch of the letter of cancellation.

d) Im Falle der Vertragskündigung oder Vertragsnichtverlängerung darf der Export Partner auf seinem Lager befindliche Produkte 6 Monate nach der Vertragskündigung abverkaufen. Der Export Partner muss garantieren, dass die betroffenen Produkte eine Mindesthaltbarkeitsdauer von 12 Monaten haben, in einem gutverkäuflichen Zustand sind und dass die CI Richtlinien insbesondere bei der Preispolitik weiterhin eingehalten werden.

d) In the case of termination or discontinuation of the Agreement the export partner shall be allowed to sell the products he has in stock for 6 months after termination of the Agreement. However, the export partner has to guarantee that the products in question have a minimum durability of 12 months, are in good condition for sale, and that the CI directives continue to be complied with, especially concerning the pricing policy.

### § 5 Zertifizierung

a) Der Export Partner ist verpflichtet, dem Unternehmen alle länderspezifischen rechtlichen Vorgaben zur Produktzertifizierung zukommen zu lassen. Der Export Partner haftet Dritten und dem Unternehmen für die Einhaltung aller nationalen und internationalen Vorschriften bezüglich der Auslobung und Bewerbung und wird dem Unternehmen über diese laufend informieren.

b) Das Unternehmen haftet nicht für Schäden die dem Export Partner durch mangelhafte Deklarationen oder Nichteinhalten von Zertifizierungsvorgaben entstehen.

c) Das Unternehmen bemüht sich, den Export Partner bei den notwendigen Zertifizierungen und Zulassungen der Produkte im Vertragsgebiet zu unterstützen.

### § 6 Verpackungsentsorgung

a) Der Export Partner kommt für die

### § 5 Certification

a) The export partner is obliged to supply the enterprise with all country-specific legal stipulations for product certification. The export partner is liable to third parties and to the enterprise for compliance with all national and international provisions concerning promotion and advertisement, and will keep the enterprise informed of the same.

b) The enterprise shall not be liable to the export partner for damage incurred by the export partner due to faulty declarations or non-compliance with the requirements for certification.

c) The enterprise endeavours to support the export partner concerning the necessary product certifications and accreditations in the area.

### § 6 Disposal of packing material

a) The export partner shall take over the cost

Seite 11 von 16

Distribution Agreement Canada



LAVERÉ NATURKOSMETIK   lavera NATURKOSMETIK

Entsorgung des gesamten Verpackungsmaterials auf bzw. verpflichtet sich hierzu allen rechtlichen Verpflichtungen seines Landes nachzukommen. Für etwaige Verstöße haftet er uneingeschränkt bzw. ist er verpflichtet den Bezug der Produkte vom Unternehmen mit den entsorgungsrechtlichen Gegebenheiten seines Landes auf Konformität zu prüfen.

b) Sofern „Der Grüne Punkt" (Symbol des „Der Grüne Punkt" - Systems für Verpackungen, Verpackungssammlung und – verwertung) als eingetragene Marke in diesem Land verwendet wird und die Produkte diesen tragen, wird der Export Partner auf seine Kosten das mit dem „Grüne Punkt" verbundene Unternehmen mit der Abfallentsorgung beauftragen bzw. dafür Sorge tragen, dass die Verwendung für das In-Verkehr-Bringen der Produkte dadurch nicht behindert wird. Der Export Partner stellt Unternehmen von Rückgriffsrechten Dritter frei.

## § 7 Stillschweigen

a) Beide Parteien verpflichten sich, während der Vertragsdauer und auch nach Vertragsende gegenüber Dritten, besonders aber gegenüber gegenwärtigen und zukünftigen Mitbewerbern Stillschweigen zu bewahren über alle vertraulichen unternehmensinternen Belange, insbesondere zu Produkt-, Marketing- oder Unternehmensentwicklungsdaten, sowie über die Art und den Inhalt der zwischen dem Export Partner und dem Unternehmen getroffenen Vereinbarungen, insbesondere dieses Vertrages.

b) Im Falle von Zuwiderhandlungen entsteht ein Schadenersatzanspruch unabhängig eines nachgewiesenen Schadens (nach deutschem Recht) in Höhe von je € 20.000,- gegenüber der anderen Partei. Weitergehende Schadenersatzansprüche bleiben hiervon unberührt.

## § 8 Domains

a) Das Unternehmen erlaubt dem Export Partner Informationen im Internet zu veröffentlichen innerhalb der oben

of the disposal of the entire packing material and shall undertake to meet all legal obligations of his country in this respect. He shall be unrestrictedly liable for any violations and he shall be obliged to check the purchase of the products from the enterprise for conformity with the provisions of his country in terms of the law on waste disposal.

b) If the "Green Dot" (symbol for the green dot system of packaging and packaging waste recovery and recycling schemes) is used as a registered trademark in that country and the products are provided with the same, the export partner shall charge the company that has joined the "Green Dot" with the waste disposal at his expense and shall take care that the use for the marketing of the products will not be impeded thereby. The export partner shall exempt the enterprise from any rights of recourse of third parties.

## § 7 Secrecy

a) Both parties shall undertake to maintain secrecy during the term of the Agreement and also after termination of the Agreement vis-à-vis any third parties, but especially vis-à-vis any present or future competitors, on all confidential internal matters relating to the enterprise, especially regarding product, marketing or enterprise development data, and on the nature and the contents of the agreements made between the export partner and the enterprise, particularly of this Agreement.

b) For each case of contravention, the party affected may claim damages to the amount of € 20,000.00 from the other party irrespective of a proven loss (according to German law). Any further claims for damages shall remain unaffected hereby.

## § 8 Domains

a) The enterprise shall permit the export partner to publish information on the Internet within the above-defined rules. Any

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 55

Agreement Canada

LAVERÉ
NATURKOSMETIK


lavera
NATURKOSMETIK

definierten Regeln. Preis-Statements im weltweiten Netz sind untersagt, es sei denn das Unternehmen hat diese schriftlich genehmigt. Die Genehmigung kann nur in dringenden Fällen verweigert werden.

b) Dem Export Partner ist es vom Unternehmen gestattet, eine Internetanschrift zu verwenden mit dem Namen „laverana" oder der Markennamen „lavera" des Unternehmens. Das Unternehmen bleibt, soweit nach nationalem Recht möglich, Inhaber der Internet-Domains. Nach Beendigung dieses Vertrages wird der Export Partner die Internet-Domain dann auf das Unternehmen kostenfrei übertragen. Das Unternehmen nimmt die Übertragung bereits jetzt an.

## § 9 Markenrechte

a) Dem Export Partner ist nur für die Vertragsdauer erlaubt die heutigen und zukünftigen Marken, insbesondere die Marke „lavera" des Unternehmens zu nutzen.

b) Das Unternehmen ist nicht zur Aufrechterhaltung bestehender künftiger oder zur Anmeldung neuer registrierter Schutzrechte verpflichtet.

c) Sollte der Export Partner die Markennamen, insbesondere den Markennamen „lavera", mit oder ohne schriftliche Zustimmung des Unternehmens registriert haben, ist der Export Partner verpflichtet diese Rechte an das Unternehmen kostenfrei abzutreten. Das Unternehmen nimmt die Abtretung bereits jetzt an.

d) Sämtliche Benutzungshandlungen erfolgen ausschließlich für das Unternehmen. Sollten durch die Benutzung Marken oder markenrechtsähnliche Rechte entstehen, werden diese ebenfalls unverzüglich auf das Unternehmen übertragen.

e) Die Benutzung von Schutzrechten geistigen Eigentums des Unternehmens durch den Export Partner wird

price statements are prohibited in the worldwide web, unless the enterprise has approved this in writing. The permission shall only be denied in compelling cases.

b) The enterprise shall allow the export partner to use an Internet address with the name "laverana" or a brand name "lavera" of the enterprise. The enterprise shall remain the owner of the Internet domain in so far as this is possible under national law. Upon termination of this Agreement, the export partner shall transfer the Internet domain to the enterprise without charging any costs. The enterprise accepts the transfer now already.

## § 9 Trademark Rights

a) The export partner shall make use of the current and future trademarks, especially the brand name "lavera", of the enterprise, and such use shall only be made for the duration of this Agreement.

b) Enterprise shall not be obliged to maintain existing or future registered protective rights or to apply for the registration of new registered protective rights.

c) Should the export partner have registered the brand names, especially the brand name "lavera", with or without written approval of the enterprise, the export partner shall be obliged to assign this right to the enterprise free of charge. The enterprise accepts the assignment already now.

d) All acts of use shall be effected for the enterprise exclusively. Should trademarks or rights similar to trademarks result from the use, these shall likewise be transferred to the enterprise without delay.

e) The usage of protective rights of intellectual property of the enterprise by export partner as per the above provisions is only granted

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 56

ibution Agreement Canada



LAVERÉ NATURKOSMETIK    lavera NATURKOSMETIK

ausschließlich für das Gebiet von Kanada nach den vorstehenden Vorschriften gestattet. Eine Lizenz oder Gestattung für Gebiete außerhalb von Kanada wird nicht erteilt. Insoweit verbleibt es bei dem alleinigen Nutzungsrecht des Unternehmens an diesen Rechten.

f)  Falls der Export Partner Löschungsverfahren oder sonstige Angriffe gegen die Schutzrechte des Unternehmens einleitet oder androht, ist das Unternehmen zur Kündigung dieser Vereinbarung aus wichtigem Grund berechtigt.

for the territory of Canada. A license or allowance for territories outside of Canada is not given. Insofar the exclusive right of the enterprise to the use of these rights remains untouched.

f)  If the export partner initiates or threatens by the initiation of cancellation actions or other attacks against the protective rights of enterprise, enterprise may terminate this Agreement for cause.

### § 10 Eigentumsvorbehalt

a)  Die gelieferte Ware bleibt bis zur vollständigen Bezahlung Eigentum des Unternehmens.

b)  Das Unternehmen liefert ausschließlich unter verlängertem Eigentumsvorbehalt.

### § 10 Reservation of Proprietary Rights

a)  The goods delivered shall remain the property of the enterprise until fully paid.

b)  The enterprise exclusively delivers under an extended reservation of proprietary rights.

### § 11 Versicherung

a)  Der Export Partner ist verpflichtet, zur Deckung aller eventueller aufgrund oder im Zusammenhang mit der Anwendung, Markteinführung, Bewerbung oder Promotion, dem Verkauf oder dem Vertrieb der Vertragsprodukte gegenüber dem Export Partner entstehenden Ansprüche Dritter eine geeignete Versicherung abzuschließen, deren jährliche Deckungssumme mindestens US $ 5 Mio. entspricht.

b)  Dem Unternehmen ist jährlich spätestens zum Ende Februar, erstmals 2 Monate nach Unterzeichnung dieser Vereinbarung, durch den Export Partner ein Nachweis über das Bestehen und die aktuelle Deckungssumme einer solchen Versicherung schriftlich zu übersenden.

c)  Der Export Partner übernimmt die aus diesem Versicherungsvertrag entstehenden Kosten.

### § 11 Insurance

a)  The export partner commits itself to provide for an insurance contract covering all potential claims of third parties against the export partner, which are due to or in connection with the application of the products concerned by this Agreement, their introduction into the market, advertising or their promotion, their sale or distribution. The minimum amount to be covered per annum by such an insurance contract is US $ 5 millions.

b)  The export partner will provide enterprise with written evidence of the existence of and the actual amount covered by such an insurance contract, every year until the end of February, and for the first time 2 months after the signature of this Agreement.

c)  The export partner will bear all costs arising from this insurance contract.

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 57

ibution Agreement Canada



LAVERÉ
NATURKOSMETIK

lavera
NATURKOSMETIK

## § 12 Adressen

a) Die Parteien werden sich sämtliche Kommunikation bzgl. dieses Vertrages an die eingangs genannten bzw. die unter § 12b genannten Adressen zustellen.

b) Adressänderungen werden sich die Parteien unverzüglich gegenseitig schriftlich mitteilen.

## § 13 Rechtswahl, Gerichtsstand

a) Es gilt deutsches Recht mit Ausnahme der kollisionsrechtlichen und der Bestimmungen des Internationalen Privatrechts.

b) Gerichtsstand ist Hannover, Deutschland.

## § 14 Schriftformklausel

Für diesen Vertrag wurde die Schriftlichkeit vereinbart. Dies gilt auch für das Abbedingen der Schriftform. Nebenabreden wurden nicht getroffen.

## § 15 Salvatorische Klausel

Sollte eine Vorschrift des Vertrages unwirksam sein, so hat dies nicht die Unwirksamkeit des gesamten Vertrages zur Folge. Die Parteien verpflichten sich vielmehr, die unwirksame Regelung durch eine neue Regelung zu ersetzen, die dem mit der unwirksamen Regelung verfolgten Zweck am ehesten entspricht. Sollte vor Zeichnung dieses Vertrages bereits eine Vereinbarung getroffen worden sein, so sind mit Unterzeichnung dieses Vertrages alle bisher getroffenen Vereinbarungen aufgehoben.

Diese Vereinbarung wurde in Deutsch und Englisch aufgesetzt, gleichwohl soll die deutsche Fassung verbindlich sein.

## § 12 Addresses

a) The parties shall serve all communication relating to this Agreement to the above-indicated addresses, or to the addresses named under § 12b.

b) The parties shall mutually and without delay notify each other in writing of any change of address.

## § 13 Applicable law, place of jurisdiction

a) German law shall be applicable except for the conflict of laws provisions and the provisions of the Private International Law.

b) The place of jurisdiction shall be Hanover, Germany.

## § 14 Clause of written form

The written form has been agreed for this Agreement. This shall also apply if the written form is to be waived. No subsidiary agreements have been concluded.

## § 15 Salvatorian clause

Should any provision of the Agreement be invalid, this does not entail the invalidity of the entire Agreement. Rather, the parties undertake to replace the invalid regulation by a new regulation coming closest to the purpose pursued by the invalid regulation. Should an agreement have been reached already prior to the signing of this Agreement, all hitherto made agreements shall be cancelled once the present Agreement is signed.

This Agreement has been drawn up in German and English, however the German version shall be binding.

...tion Agreement Canada

 

LAVERÉ
NATURKOSMETIK

Nach dem Willen der Parteien soll die somit begründete Vereinbarung ordnungsgemäß erfüllt werden und in Kraft treten ab dem letzten unten genannten Datum.

Wherefore, the parties have caused this Agreement to be duly executed and to become effective on the last date and year written below.

Ort

Place

11.09.2008
Datum

11.09.2008
Date

laverana GmbH

laverana GmbH

Ort

Place

Datum

Date

Export Partner

export partner

Declaration of Thomas Haase in Support of Defendant's Motion to Dismiss - 59

1 / 2

  

LAVERÉ
NATURKOSMETIK

lavera
NATURKOSMETI

Anlage A
zum Vertriebsvertrag vom 11.09.08
zwischen

Annex A
to the Distribution Agreement of 11.09.08
between

laverana GmbH
Am Weingarten 4
30974 Wennigsen

laverana GmbH
Am Weingarten 4
30974 Wennigsen

- im folgenden „*das Unternehmen*" genannt –

- hereinafter "*the enterprise*" –

und

and

Lavera Skin Care North America, Inc.
12015 115th Ave NE Suite 110
Kirkland, WA 98034

Lavera Skin Care North America, Inc.
12015 115th Ave NE Suite 110
Kirkland, WA 98034

USA

USA

- im folgenden „*der Export Partner*" genannt –

- hereinafter "*the export partner*" –

Zum Zeitpunkt der Zeichnung des Vertriebsvertrages werden die folgenden Firmen und alle deren Marken sowie weitere nicht genannte unmittelbare und mittelbare Mitbewerber und deren Marken nicht vom Export Partner geführt. Auch in Zukunft kann der Export Partner Marken dieser Firmen nur nach schriftlicher Einwilligung des Unternehmens vertreiben.

At the time the Distribution Agreement is signed, the following companies and all their trademarks as well as other competing companies not named here are not sold by the export partner. In the future, too, the export partner may only sell trademarks of these companies after the enterprise has given its written approval.

Zum Beispiel gehören dazu die Unternehmen der Firmen Börlind Gesellschaft für kosmetische Erzeugnisse mbH, elektrobio Cosmetics Ernst Kunze GmbH & Co KG, DADO-cosmed GmbH, Weleda AG, Wala Heilmittel GmbH, Logocos Cosmetik-Herstellungs und Verwaltungsgesellschaft mbH, Martina Gebhardt Naturkosmetik und Naturwaren GmbH bzw. deren Unternehmensgruppen und deren Mitglieder, insbesondere diesen Unternehmen oder ihrer Unternehmensgruppe oder Mitgliedern gehörenden oder durch sie genutzten Marken "Annemarie Börlind", „Anne Lind" "DADO SENS", "neobio", "elektrobio", "Heliotrop", "Christa Beckmann", "Weleda", „Dr. Hauschka", "Martina Gebhardt" oder "Logocos", "Logona", "Santé", "fitné".

For example these include the companies Börlind Gesellschaft für kosmetische Erzeugnisse mbH, elektrobio Cosmetics Ernst Kunze GmbH & Co KG, DADO-cosmed GmbH ,Weleda AG, Wala Heilmittel GmbH, Logocos Cosmetik-Herstellungs und Verwaltungsgesellschaft mbH, Martina Gebhardt Naturkosmetik und Naturwaren GmbH or their groups or members of their groups, particularly the trademarks owned or used by these companies or their groups or members of their groups, i.e. "Annemarie Börlind", "Anne Lind" "DADO SENS", "neobio", "elektrobio", "Heliotrop", "Christa Beckmann", "Weleda", "Dr. Hauschka", "Martina Gebhardt" or "Logocos", "Logona", "Santé", "fitné".

Anlage A zum Vertriebsvertrag

Annex A to the Distribution Agreement

2 / 2   **LAVERÉ** NATURKOSMETIK   

Die hier aufgeführten Marken der jeweiligen Firmen sind nicht abschließend aufgeführt. Dies gilt auch für Firmen und deren Marken die sich mit den genannten Firmen im Konzernverbund befinden und die ebenfalls weder jetzt noch in Zukunft vom Export Partner ohne schriftliche Einwilligung des Unternehmens geführt werden dürfen.

The above-listed trademarks of the respective companies are not listed in a conclusive manner. This shall also apply to companies and their trademarks, which belong to the same corporate group as the companies mentioned, and which may neither now nor in the future be sold, either, by the export partner without written approval by the enterprise.

Ort

Datum

laverana GmbH

Ort

Datum

Export Partner

Place

Date

laverana GmbH

Place

Date

export partner

Anlage A zum Vertriebsvertrag

Annex A to the Distribution Agreement



LAVERÉ
NATURKOSMETIK

| Anlage B zu dem Vertriebsvertrag vom | Annex B to the Distribution Agreement of |
|---|---|
| **Rabattprozentpunkte für Marketingaktivitäten des Export Partners** | **Discount percentages for marketing activities of the export partner** |
| Das Unternehmen behält sich das Recht vor gegebenenfalls einige der nachstehend aufgeführten Punkte aus Gründen des internationalen Marketings, der Corporate Identity und des Corporate Designs selbst auszuführen. | The enterprise reserves the right to carry out some of the points given below for reasons of international marketing, corporate identity and corporate design itself where appropriate. |
| **1.** bis zu 2% zusätzlichen Rabatt für den Druck von Informationsbroschüren in ausreichender Auflage (ggf. Layouts auf CDs vom Unternehmen als Vorlage verfügbar). | **1.** up to an additional 2 % discount for printing a sufficient number of information brochures (where needed, layouts on CDs are available from the enterprise as a model). |
| **2.** bis zu 1% zusätzlichen Rabatt, wenn dem Unternehmen plausibel gemacht werden kann, dass vom Export Partner erstellte und vom Export Partner auf die Produkte gebrachte Etiketten für den Export Partner unabdingbar sind. | **2.** up to an additional 1 % discount, if it is plausibly shown to the enterprise that labels produced by the export partner and affixed by the export partner on the products are indispensable to the export partner. |
| **3.** bis zu 2% zusätzlichen Rabatt für Werbung (z. B. Printanzeigen) in einigem Umfang. | **3.** up to an additional 2 % discount for advertising (e.g. printed advertisements) to some extent. |
| **4.** bis zu 1% zusätzlichen Rabatt für regelmäßige Öffentlichkeitsarbeit (Presse, Events, Seminare, etc.). | **4.** up to an additional 1 % discount for regular public relations work (press, events, seminars, etc.). |
| **5.** 0,5% zusätzlichen Rabatt wenn der Export Partner dem Unternehmen regelmäßig umfangreich bei Übersetzungsarbeiten hilft, seine Übersetzungen einer Marktprüfung standhalten und das Unternehmen die Übersetzungen im auflagenstarken Printbereich verwendet. | **5.** an additional 0.5 % discount, if the export partner regularly assists the enterprise comprehensively with translation work, his translations stand the test of the market and the enterprise uses the translations in the high-circulation print sector. |
| **6.** 0,5% zusätzlichen Rabatt für die Erstellung einer professionellen Website. | **6.** an additional 0.5 % discount for preparing a professional web site. |
| **7.** bis zu 3% zusätzlichen Rabatt für Außendienstaktivitäten und Werbedameneinsätze des Export Partners, wenn mindestens eine qualifizierte 38h-Wochen-Außendienstkraft ausschließlich für den verkaufsfördernden Einsatz der Produkte des Unternehmens arbeitet. | **7.** up to an additional 3 % discount for the export partner organizing field work activities and booking promotion persons for promotional work, if at least one qualified field representative working 38 hours a week exclusively works for promoting the sale of the products of the enterprise. |
| **8.** 0,5% zusätzlichen Rabatt wenn gewährleistet wird, dass ein regelmäßiges Verkaufsförder-Aktionskonzept (mehrmals im | **8.** an additional 0.5 % discount, if it is guaranteed that a regular sales promotion activity concept (several times a year) |



LAVERÉ
NATURKOSMETIK

Jahr) mit kostenintensiven Aktivitäten im Printbereich (z. B. mehrmals im Jahr Druck von Aktionsbroschüren in angemessener Auflage für die Endverbraucher der vom Großhandel belieferten Einzelhändler) umgesetzt wird.

including cost-intensive activities in the print sector (e.g. several times a year printing of action brochures with an appropriate circulation for the final consumers of the retailers supplied by the wholesalers) is put into practice.

**9.** ggf. Rabattpunkte für hier noch nicht genannte Aktivitäten, sofern diese dem Unternehmen plausibel erscheinen und nicht bereits unter Alternative A (siehe unten) genannt werden. Für zusätzlich zu verifizierende Marketingaktivitäten wird der Aufwand des Export Partners mit den oben genannten Aktivitäten verglichen und vom Unternehmen ein vergleichender Rabattsatz festgesetzt. Die oben genannten Rabattberechnungen werden im Rahmen weiterer Vereinbarungen festgehalten und abschließend definiert.

**9.** where appropriate, discount points for activities not yet indicated here, if these appear plausible to the enterprise and are not already indicated under alternative A (see below). For marketing activities to be verified additionally, the export partner's expenses are compared with the above-indicated activities and a comparative discount rate is fixed by the enterprise. The above-mentioned discount calculations shall be laid down within the scope of further agreements and shall be conclusively defined.

**10.** Darüber hinaus kann der Export Partner noch zwischen 2 zusätzlichen Rabattansätzen (Alternative A oder B) wählen, mit denen er den bis dahin gebildeten Rabattsatz zusätzlich erhöhen kann:

**10.** Moreover, the export partner may further choose between 2 additional discount models (alternative A or B), by which he can additionally increase the discount rate established so far:

**10.a Alternative A**

**10.a Alternative A**

- Bis zu weiteren 2% Rabatt für Außendienstaktivitäten des Export Partners, wenn diese in erheblichem Maße Unternehmen zugute kommen. Dies ist beispielsweise gegeben, wenn bei einer qualifizierten 38 Stunden-Wochen-Außendienstkraft mindestens 33% der Beratungsintensität ausschließlich in den verkaufsfördernden Einsatz der Produkte des Unternehmens fließt.

- Up to a further 2 % discount for field work activities of the export partner's, if the enterprise considerably benefits therefrom. This is given, for example, if at least 33 % of the consultation intensity of a qualified representative working 38 hours a week is exclusively used for the sales promotion of the products of the enterprise.

- Bis zu weiteren 1% Rabatt wenn Seminare, Schulungsprogramme, Hausmessen, etc. stattfinden, also mehrmals im Jahr Personal oder Räumlichkeiten auf Kosten des Großhändlers für persönliche Informations- und Verkaufsförderveran-staltungen gestellt werden und diese erfolgreich (umsatz- und imagefördernd) auf seine Kosten abgehalten werden. Diese Rabattlösung wird Inhalt einer weiteren Vereinbarung zwischen den Parteien.

- Up to a further 1 % discount, if seminars, training programs, in-house exhibitions, etc., take place, i.e. several times a year staff or rooms are provided at the export partner's expense for personal information and sales promotion events, and these are held successfully (in a way adapted to promote sales and image) at his expense. This discount solution will be the subject-matter of a further agreement between the parties.

Anlage B zum Vertriebsvertrag

Annex B to the Distribution Agreement

LAVERÉ
NATURKOSMETIK



| **10.b)** Alternative B | **10.b** Alternative B |
|---|---|
| -       Bis zu weiteren 1%, Rabatt sofern im Vorjahr mindestens 250.000 Euro retourenbereinigter Umsatz mit lavera Produkten des Unternehmens generiert wurde. | -       Up to an additional 1 % discount, if in the previous year a turnover after returns of at least € 250,000 was generated by lavera products of the enterprise. |
| -       Zusätzlich bis zu 1% Rabatt, sofern im Vorjahr mindestens 500.000 Euro retourenbereinigter Umsatz mit lavera Produkten des Unternehmens generiert wurde | -       Additionally up to 1 % discount, if in the previous year a turnover after returns of at least € 500,000 was generated by lavera products of the enterprise. |
| -       Zusätzlich bis zu 1% Rabatt, sofern im Vorjahr mindestens 1.000.000 Euro retourenbereinigter Umsatz mit lavera Produkten des Unternehmens generiert wurde | -       Additionally up to 1 % discount, if in the previous year a turnover after returns of at least € 1,000,000 was generated by lavera products of the enterprise. |
| **10.c** Die beiden Alternativen können nicht miteinander verbunden werden. Es gilt entweder Alternative A oder B, wobei jeweils bis zum 31. März eines jeden Jahres der Export Partner den bisher gewählten Ansatz für das Folgejahr ändern kann. | **10.c** The two alternatives cannot be linked with each other. Either alternative A or alternative B is applicable, and the export partner may change the previously chosen alternative for the following year by March 31 of each year. |

**Exhibit 4**

**Kopie**

[Briefkopf Laverana GmbH & Co. KG]

**by telefax and registered letter**
Lavera Skin Care North America, Inc.
13611 NE 126th Place, # 200
Kirkland, WA 98034
USA

Fax No.: [001-425.284.6264]

[Date: 27.3.2013]

**Distribution Agreement USA / Distribution Agreement Canada - Termination**

| | |
|---|---|
| Dear Ulrike, dear Ms. Jacob, dear Sirs, | Liebe Ulrike, sehr geehrte Frau Jacob, sehr geehrte Damen und Herren, |
| We refer to our various correspondence with you in this matter; and we address this letter to you as (alleged) representative of Lavera Skin Care North America, Inc. („**Lavera Skin Care**"). | wir nehmen Bezug auf unsere diverse Korrespondenz mit Ihnen in dieser Angelegenheit; wir wenden uns an Sie als (angebliche) gesetzlicher Vertreter der Lavera Skin Care North America, Inc. („Lavera Skin Care"). |
| 1.  For some years we have worked with Lavera Skin Care on the basis of the distribution agreement regarding USA dated 11 September 2008 ("**Distribution Agreement USA**") and the distribution agreement regarding Canada dated 11 September 2008 ("**Distribution Agreement Canada**"). The Distribution Agreement USA and the Distribution Agreement Canada are referred to in the following jointly as "**Distribution Agreements**". | 1.  Seit einigen Jahren arbeiten wir mit der Lavera Skin Care zusammen auf der Basis eines Vertriebsvertrags für die USA vom 11. September 2008 („**Vertriebsvertrag USA**") und eines Vertriebsvertrags für Kanada vom 11. September 2008 („**Vertriebsvertrag Kanada**"). Der Vertriebsvertrag USA und der Vertriebsvertrag Kanada werden im Folgenden gemeinsam bezeichnet als „**Vertriebsverträge**". |
| 2.  As you know, we are not at all satisfied with your performance under the Distribution Agreements. There have been and are several violations of your contractual obligations, e.g.: | 2.  Wie Sie wissen, sind wir mit Ihren Leistungen gemäß den Vertriebsverträgen ganz und gar nicht zufrieden. Es hat zahlreiche Verletzungen Ihrer vertraglichen Verpflichtungen gegeben und gibt es nach wie vor, beispielsweise: |
| (a)  Your marketing activities under the Distribution Agreements are absolutely disappointing and insufficient; with regard to Canada there has been and is no marketing activity at all. | (a)  Ihre Marketingaktivitäten gemäß den Vertriebsverträgen sind absolut enttäuschend und unzureichend; im Hinblick auf Kanada hat es überhaupt keine Marketingaktivitäten Ihrerseits gegeben (und gibt es auch aktuell keine). |
| (b)  You did not reach the agreed turnover figure for the US. In 2012 the | (b)  Sie haben die vereinbarten Umsätze für die USA nicht erreicht In 2012 betrug |

| | | | |
|---|---|---|---|
| | turnover was only EUR 214,902! A schedule of the turnover is **attached** hereto. Under the Distribution Agreement USA you were obliged to reach a turnover for 2012 in the amount of EUR 1.7 mill. Against this background we have asked to increase your marketing activities and to reach the turnover figures agreed in the Distribution Agreement USA. Unfortunately nothing at all has happened from your side. | | der erzielte Umsatz lediglich EUR 214.902! Eine Aufstellung der Umsätze ist **beigefügt** als Anlage zu diesem Schreiben. Gemäß den Bestimmungen des Vertriebsvertrags USA waren Sie verpflichtet, in 2012 einen Umsatz von EUR 1,7 Mio. zu erzielen. Auch vor diesem Hintergrund haben wir Sie gebeten, Ihre Marketingaktivitäten zu verstärken und die vereinbarten Umsatzzahlen gemäß Vertriebsvertrag USA zu erreichen. Bedauerlicherweise haben Sie keinerlei Aktivitäten entfaltet. |
| (c) | For Canada we understand that there have been no sales at all. Thus, Lavera Skin Care obviously has not reached the contractually agreed turnover figures. | (c) | Betreffend Kanada ist es unser Verständnis, dass überhaupt keine Verkäufe Ihrerseits stattgefunden haben. Lavera Skin Care hat also offensichtlich die vertraglich vereinbarten Umsatzzahlen nicht erreicht. |
| (d) | Despite our requests/demands to stop the sale of products of our competitors, you still sell those products, which is obviously a violation of the Distribution Agreements. | (d) | Trotz unserer Bitten/Forderungen, den Verkauf von Produkten unserer Wettbewerber einzustellen, verkaufen Sie weiterhin diese Produkte. Dies ist offensichtlich ein Verstoß gegen die Vertriebsverträge. |
| (e) | It is undisputed that Lavera Skin Care do not pay the sums owed to us. A schedule of the open invoices due as per 27 March 2013 is **attached** hereto. As per 27 March 2013 there are open claims in the amount of EUR 178,863.21, payment of which we have requested orally and in writing. | (e) | Es ist unbestritten, dass Lavera Skin Care ihre uns gegenüber geschuldeten Forderungen nicht erfüllt. Eine Aufstellung der per 27. März 2013 offenen Rechnungen ist **beigefügt**. Stand 27. März 2013 bestanden also offene Forderungen in Höhe von EUR 178.863,21, deren Bezahlung wir schriftlich wie mündlich erbeten haben. |
| (f) | We **attach** our lawyers' letter dated 19 March 2012, which also lists certain of our claims and certain of Lavera Skin Care's violations under the Distribution Agreements | (f) | Wir **fügen bei** das Schreiben unserer Anwälte vom 19. März 2012, in dem gleichfalls einige unserer Ansprüche und einige der Verletzungen der Vertriebsverträge seitens Lavera Skin Care aufgeführt sind. |
| 3. | Only against the background of our longstanding relationship, we were prepared to pursue a mediation proceeding to try to clarify and settle our claims and to find a basis for a mutual and reliable relationship for the future. By telefax of 11 March 2013 you declared the mediation proceeding as failed and terminated the mediation. We refrain from commenting on this step at this stage in detail. | 3. | Ausschließlich vor dem Hintergrund unserer langjährigen Beziehung waren wir bereit, ein Mediationsverfahren durchzuführen, um zu versuchen, eine Klärung und Begleichung unserer Ansprüche herbeizuführen und eine Basis für die gemeinsame und zuverlässige Zusammenarbeit für die Zukunft zu finden. Mit Telefax vom 11. März 2013 haben Sie das Mediationsverfahren für gescheitert erklärt und beendet. An dieser Stelle möchten wir nicht im Detail kommentieren, was wir von Ihrer Entscheidung halten. |

| | | | | |
|---|---|---|---|---|
| 4. | In addition to the contract violations summarized under item 2 above (and the attachments hereto), also recent acts and statements have led to a complete distrust (*Vertrauensverlust*) in Lavera Skin Care and that it could be and/or become again a reliable and competent contract partner, e.g.: | | 4. | Zusätzlich zu den Vertragsverletzungen, die wir unter Ziffer 2. oben ausgeführt haben (und die sich aus den Anlagen ergeben), haben auch kürzliche Handlungen und Erklärungen Ihrerseits zu einem vollständigen Vertrauensverlust in Lavera Skin Care geführt und dass Lavera Skin Care ein zuverlässiger und kompetenter Vertragspartner ist und/oder wieder werden könnte. Z.B.: |
| | (a) | We were shocked when you declared us in February 2013 when visiting us at the conference in Nuremberg that you have no further interest to work with us after we have extended our decorative cosmetics serial Trend. Already and only this statement showed that you are not prepared to honor and accept our relationship and fulfill your contracual obligations. | | (a) | Wir waren geschockt, als Sie anlässlich Ihres Besuches an unserem Messestand in Nürnberg im Februar 2013 erklärten, dass Sie kein weiteres Interesse daran hätten, mit uns zusammen zu arbeiten, nachdem wir unsere dekorative Kosmetikserie Trend erweitert haben. Allein diese Äußerung belegt, dass Sie keine Bereitschaft zeigen, unser Vertragsverhältnis zu honorieren und zu akzeptieren sowie ihre vertraglichen Pflichten zu erfüllen. |
| | (b) | Your letter dated 20 March 2013 again proved your unwillingness to honor our contractual relationship and showed that you are not interested in a trustful relationship. By that letter you again clearly crossed a border line. We certainly cannot accept your wrong accusation and threats. | | (b) | Ein weiterer Beleg dafür, dass Sie nicht bereit sind, unsere Vertragsbeziehung zu honorieren und dass Sie an einer vertrauensvollen Zusammenarbeit nicht interessiert sind, ist Ihr Schreiben vom 20. März 2013. Durch dieses Schreiben haben Sie unzweifelhaft erneut eine Grenze überschritten. Mit Sicherheit werden wir Ihre falschen Behauptungen und Drohungen nicht akzeptieren. |
| | | Not only the tone is inacceptable. These allegations are also wrong. In addition, they are obviously irrelevant with regard to our contractual relationship for the US and Canada. By no means we can accept that you threaten us to terminate the contract and even more to inform any authorities (about whatesover). | | | Nicht nur der Ton ist inakzeptabel. Diese Behauptungen sind auch falsch. Außerdem sind sie offensichtlich irrelevant im Hinblick auf unsere vertragliche Beziehung für USA und Kanada. Wir können keinesfalls akzeptieren, dass Sie uns mit einer Beendigung des Vertrags drohen und sogar damit, dass Sie Behörden informieren (worüber auch immer). |
| | | To the extent necessary or advisable, we will comment on that letter in more detail at other occasion. At this stage we should, however, like to stress that we reserve our rights to check whether your statements themselve fulfill the pre-conditions of a criminal offence (such as *Nötigung*)s. | | | Soweit erforderlich oder ratsam werden wir zu jenem Schreiben an anderer Stelle im Detail Stellung nehmen. Insofern sei hier lediglich unterstrichen, dass wir es uns vorbehalten zu prüfen, inwieweit Ihre Aussagen die Voraussetzungen einer Straftat (z.B. Nötigung) erfüllen. |
| | | Irrespectively, such statements are certainly another proof that you are not interested to work with us and | | | Unabhängig davon sind diese Aussagen aber ein erneuter Beweis dafür, dass Sie nicht daran interessiert sind, |

- 4 -

| | |
|---|---|
| you have completely destroyed our relationship and our trust in you and our future cooperation. It is more than disappointing that, after all we have done for you personally and for your business, we had to read the threats in that letter. | mit uns zusammen zu arbeiten und dass Sie unsere Beziehung und unser Vertrauen in Sie und die zukünftige Zusammenarbeit vollkommen zerstört haben. Es ist mehr als enttäuschend, dass wir solche Drohungen in Ihrem Schreiben lesen mussten, nach alle dem, was wir für Sie getan haben. |
| (c)  It is more than strange that you have not provided us with a clear statement as to the shareholder structure of Lavera Skin Care, despite us requesting such clear statement. Your statement that you were the majority shareholder is neither sufficient nor relevant. From previous discussions with you we have indications and reasons to believe that a private equity investor has become shareholder in Lavera Skin Care and/or has at least substantial influence on its business and your strategy. Furthermore, we wonder whether Andreas Dewor is still shareholder. In each of these cases, it would be inacceptable for us to proceed with the Distribution Agreements. | (c)  Es ist mehr als merkwürdig, dass Sie uns kein klares Statement über die Gesellschafterstruktur der Lavera Skin Care geliefert haben, obwohl wir eine solche klare Stellungnahme erbeten haben. Ihre Mitteilung, dass Sie der Mehrheitsgesellschafter sind, ist weder ausreichend noch relevant. Aus früheren Diskussionen mit Ihnen haben wir Anlass und Gründe zu glauben, dass ein Private Equity Investor Gesellschafter in Lavera Skin Care geworden ist und/oder dass er jedenfalls erheblichen Einfluss auf ihr Geschäft und Strategie hat. Des weiteren fragen wir uns, ob Andreas Dewor weiterhin Gesellschafter ist. In jedem Fall wäre es inakzeptabel für uns, mit den Vertriebsverträgen fortzufahren. |
| 5.  As you will certainly have appreciated, we have gone beyond what we would have usually offered you. However, your acts and the complete loss of trust in Lavera Skin Care caused by you does not leave us any alternative: | 5.  Wie Sie sicher zustimmend zur Kenntnis genommen haben, sind wir weit über das hinausgegangen, was wir Ihnen üblicherweise angeboten hätten. Ihre Handlungen und der komplette Verlust des Vertrauens in Lavera Skin Care, der durch Sie verursacht worden ist, lässt uns jedoch keine andere Möglichkeit: |
| **We herewith terminate both Distribution Agreements for Canada and the USA with immediate effect.** | **Wir kündigen hiermit mit sofortiger Wirkung beide Vertriebsverträge für Kanada und die USA.** |
| 6.  The reasons for such terminations follow without problems from the above (and attached) described facts and circumstances. Each of the above and attached described violations, statements and acts justify the termination of the Distribution Agreements. For the sake of good order and to make easier even for you to accept the justification of the terminations we should like to refer to the relevant provisions under the Distribution Agreements (please see above and attached our summary of facts): | 6.  Die Gründe für diese Kündigungen ergeben sich ohne Weiteres aus den vorstehend dargestellten (und den beigefügten) Fakten und Umständen. Jeder der vorstehend und beigefügt beschriebenen Verletzungen, Aussagen und Handlungen rechtfertigt die Kündigung der Vertriebsverträge. Der guten Ordnung halber und damit es auch Ihnen noch verständlicher ist, die Berechtigung der Kündigung der Vertriebsverträge nachzuvollziehen, nehmen wir im Folgenden auf die maßgeblichen Regelungen der Vertriebsverträge Bezug (vergl. Sie bitte auch vorstehend und beigefügt die Zusammenfassung des Sachverhalts): |
| •  Lavera Skin Care failed to reach the turnover requirements for USA and for Canada in 2012 by more than 20% - see § 4 lit. b) bul- | •  Lavera Skin Care hat die Umsatzanforderungen für die USA und für Kanada in 2012 um mehr als 20% nicht erreicht -- vergl. § 4 lit. b) |

| | |
|---|---|
| let point 2 Distribution Agreements. | Bullet Point 2 Vertriebsverträge. |
| • Lavera Skin Care permanently violates its marketing obligations, secrecy obligations and other principal obligations (e.g. exclusivity obligations) under the Distribution Agreements, despite we having asked Lavera Skin Care several times in writing to stop such violations - see § 4 lit. b) bullet point 3 Distribution Agreements. | • Lavera Skin Care verletzt permanent ihre Marketingverpflichtungen, Vertraulichkeitsverpflichtungen und andere Hauptpflichten (beispielsweise die Exklusivitätspflichten) aus den Vertriebsverträgen, obwohl wir Lavera Skin Care mehrere Male schriftlich aufgefordert haben, diese Verletzungen abzustellen – vergl. § 4 lit. b) Bullet Point 3 Vertriebsverträge. |
| • There has been a change in the owner and/or company structure of Lavera Skin Care which render a continuation of the Distribution Agreements unacceptable to us - see § 4 lit. b) bullet point 4 Distribution Agreements. | • Die Eigentümerstruktur/Gesellschafterstruktur auf Seiten der Lavera Skin Care hat sich derart geändert, dass das Fotführen der Verträge für uns unzumutbar ist – vergl. § 4 lit. b) Bullet Point 4 Vertriebsverträge. |
| • There are several legal reasons leading to an extraordinary cancellation of the Distribution Agreements (see § 4 lit. b) bullet point 5 Distribution Agreements). Also due to your acts/threats described in this letter there has been a complete loss of trust in Lavera Skin Care and you as well as in Lavera Skin Care's ability to act as reliable and trustworthy contract partner. It is unacceptable (*unzumutbar*) for us to proceed with the Distribution Agreements | • Es bestehen zahlreiche gesetzliche Gründe, die zu einer außerordentlichen Kündigung der Vertriebsverträge führen (vergl. § 4 lit. b) Bullet Point 5 Vertriebsverträge). Auch aufgrund Ihrer Handlungen/Drohungen, die wir in diesem Schreiben dargelegt haben, trat ein vollständiger Verlust des Vertrauens in Lavera Skin Care und Sie ein sowie in Lavera Skin Cares Fähigkeit, ein verlässlicher und vertrauenswürdiger Vertragspartner zu sein. Es ist unzumutbar für uns, die Vertriebsverträge fortzuführen. |
| • Lavera Skin Care has not paid invoices, entirely or partly, which are due for more than 30 days - see § 4 lit. b) bullet point 6 Distribution Agreements. | • Lavera Skin Care hat offene Forderungen, ganz oder teilweise für mehr als 30 Tage nicht beglichen – vergl. § 4 lit. b) Bullet Point 6 Vertriebsverträge. |
| 7. Alternatively (*hilfsweise*) we herewith terminate the Distribution Agreements ordinary as of the next possible date. | 7. Hilfsweise kündigen wir hiermit die Vertriebsverträge ordentlich zum nächstmöglichen Zeitpunkt. |
| 8. Now, with termination of the the Distribution Agreements, we expect you to return to us immediately all domains with the names „laverana", „lavera" or „lavere" (in particular "lavera.com", "lavera.ca", "lavera.us", "lavere.com") and provide us with proof of such transfers latest until 15 April 2013. | 8. Nachdem die Vertriebsverträge beendet sind, fordern wir Sie hiermit auf, uns alle Domains, zurück zu übertragen, die die Namen „laverana", „lavera" oder „lavere" (insbesondere „lavera.com", „lavera.ca", „lavera.us", „lavere.com") enthalten und uns einen entsprechenden Nachweis für diese Übertragungen bis zum 15. April 2013 zukommen zu lassen. |
| 9. In addition, please note that as of the termination of the Distribution Agreements, you are no longer entitled to use the names Lavera, Laverana or Lavere in any way, and we herewith expect you to change the name of your company immediately. Please provide us with documentation of such name | 9. Des Weiteren weisen wir darauf hin, dass Sie mit Beendigung der Vertriebsverträge nicht weiter berechtigt sind, die Namen Lavera, Laverana oder Lavere in irgendeiner Art und Weise zu nutzen; und wir erwarten von Ihnen, dass Sie den Namen Ihrer Gesellschaft unverzüglich ändern. Bitte übersenden Sie uns bis spätestens zum 15. April 2013 einen Nach- |

- 6 -

| change latest until 15 April 2013. | | weis für die Namensänderung. |
|---|---|---|
| 10. It goes without saying that we reserve all our rights and claims (including to claim any amount and to start any sort of legal actions) out of and/or in connection the Distribution Agreements, | | 10. Es versteht sich von selbst, dass wir uns alle unsere Rechte und Ansprüche (einschließlich der Geltendmachung von Forderungen und der Einleitung von gerichtlichen Verfahren jedlicher Art) aus und/oder im Zusammenhang mit den Vetriebsverträgen vorbehalten. |
| | * * * | |
| We regret that we had to take these steps. However, unfortunately your acts do not leave us any alternative. | | Wir bedauern, dass wir diese Schritte unternehmen mussten. Bedauerlicherweise haben Sie uns durch Ihr Verhalten jedoch keine andere Möglichkeit gelassen. |

Thomas Haase
Managing Partner

Lavérana GmbH & Co. KG

Am Weingarten 4
D-30974 Wennigsen
Tel.: 05103/9391-0 · Fax: 05103/9391-7984
E-mail: laverana@lavera.de

Thomas Haase
Geschäftsführender Gesellschafter

Laverana GmbH & Co. KG

Am Weingarten 4
D-30974 Wennigsen
Tel.: 05103/9391-0 · Fax: 05103/9391-7984
E-mail: laverana@lavera.de